## Exhibits

| | |
|---|---|
| **1. COMPLAINT** | 1:11-cv-00405<br>Judge Robert M. Dow, Jr<br>Magistrate Judge Arlander Keys |

### 2. Summary of facts

**The Book of PLC Classic 1785 PLC_5 Family Programmable Controllers was for business without any GSM mobile phone. Publication 1785_6.6.1 September 1995 PN 955122_47 Copyright 1995 Allen_Bradley Company, Inc. Printed in USA and at that time nobody of the team of Rockwell had an idea about the new technology of use PLC and GSM mobile phone.**

*Rockwell Automation product story with MicroLogix_1000 Programmable Logic Controllers without any GSM mobile phone Allen-Bradley Publication 1761-6.3 – July 1998*
**Supersedes Publication 1761-6.3 – December 1997 PN 955133-63
Copyright 1998 Rockwell International Corporation Printed in USA.**

<u>**Here is My US Patent 6,552,654 for Security system with a mobile telephone & PLC programmable logic controller .PLC essentially are used to activate a mobile phone. Inventor. Gharb, Samy ... Foreign Application Priority Data. 1999-06-03 CH http://www.patentstorm.us/patents/6552654/description.html -**</u>

**PLC Programmable Controllers MicroLogix 1500 and 1200 with GSM Mobile phone without any Patent Rights or trademark –copyrights in USA since the year 2001.**

**Rockwell Automation MicroLogix Family of PLC Programmable Logic Controllers and GSM mobile phone.**





RECEIVED

JAN 1 9 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FILED**
**MARCH 22, 2011**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Samy Gharb - Rockwell Automation Inc     Document 1                    12.13.2010     - 1 -

# United States District Court for
# The Northern District of Illinois

**Plaintiff**

**Samy Gharb**

Kalchbühlstrasse 161
8038 Zürich, Switzerland
E .Mail  samygharb@ymail.com
Tel : 00410792951584
Fax: 00410444821323

V,

**Rockwell Automation**

**Keith Nosbusch**

**Douglas M. Hagerman**

**Theodore D. Crandall**

**Vince Phillips**

**Michael Laszkiewicz**

**Lee Tschanz**

**Blake Moret**

1201 South Second Street
Milwaukee, WI 53204 USA

**Rockwell Automation USA**

Estancia Corporate Centre
180 Harvester Drive - Suite 190
Burr Ridge, IL 60527
Phone: 630-654-6804
Fax: 630-654-6865

**Rockwell automation China**

Hongye Building, 1801 Hongmei Road,
Shanghai 200233, China
Tel: +86 21 6128 8888
Fax: +86 21 6128 8899

**Rockwell automation japan**

Shinkawa Sanko Building
8F, 1-3-17, Shinkawa
Chuo-ku 104-0033 Tokyo, Japan
Tel: (General) +81 3 3206 2781
Tel: (Sales) +81 3 3206 2786
Fax: +81 3 3206 2788

**U.S. Department of Homeland Security**

Washington, D.C. 20528

**U.S. Department of Commerce**

**Gary Locke**

1401 Constitution Ave., NW
Washington, DC 20230
Phone Main: (202) 482-2000
E-mail Secretary Locke: TheSec@doc.gov

**Navy US**

5722 Integrity Drive, Bldg 784
Millington, TN 38054 USA - 1-800-USA-NAVY

**NASA**

HEAD QUARTER
Suit 5k39
Washington DC 20546-001
TEL 202358001
FAX 358-4338

**Rockwell Collins,**

**Clayton M. Jones**

Administration
400 Collins Rd NE
M/S 121-200
Cedar Rapids, IA 52498 USA

**Boeing**

100 North Riverside
Chicago, Illinois 60606
Main switchboard: 312-544-2000
Investor Relations: 312-544-21

**Voith Paper Fabric & Roll Systems Inc.**

3040 Black Creek Road
27893 Wilson (NC)
United States
Telephone +1 252 291 3800
Telefax +1 252 291 4969
info.voithfabrics@voith.com

## FANUC CNC AMERICA CORP (FCA)

Chicago Service Center
1800 Lakewood Boulevard
Hoffman Estates IL 60192
USA

## FANUC Service LTD

3-5-1 Asahigaoka
Hino-Shi, Tokyo 191-8509
JAPAN

## OMRON Corporation

### Hisao Sakuta

Shiokoji Horikawa, Shimogyo-ku, Kyoto 600-8530 Japan

### Omron Electronics LLC Industrial Automation

One Commerce Drive
Schaumburg, IL 60173
Phone: 800-556-6766
FAX: (847) 843-7787

## Sixnet Wireless Product Group

4645 La Guardia US
St. Louis, MO  63134
T: +1 314 426 7781
F: +1 314 426 0007

## Sixnet, LLC Corporate

331 Ushers Road
Ballston Lake, NY 12019
T: +1 518 877 5173
F: +1 518 877 8346
Contact:
sales@sixnet.com
support@sixnet.com

## CSK Controls LLC

Office: 407-376-7739
FAX:   407-695-4027
Email: info@csk-controls.com

## Arkema Inc.

2000 Market Street
Philadelphia, PA 19103-3222

## Westermo Data Communications, Inc

939 N. Plum Grove Road, Suite F
IL 60173 Schaumburg USA
Phone: +1 847 619 6068
Fax: +1 847 619 66 74
mark.hendel@westermo.com

## Westermo Data Communications AB

Svalgången 1, Vallbyinstitutet
724 81 Västerås Sweden
Phone: +46 (0)21 548 08 00
Fax: +46 (0)21 35 18 50
info.sverige@westermo.se
www.westermo.se

## LC Automation Ltd

Duttons Way, Shadsworth Business Park,
Blackburn, Lancashire. BB1 2QR
Telephone: 01254 685900
Fax : 01254 685901

## Spectrum Controls

1705 132nd Ave NE
Bellevue, WA 98005 USA

Tel: 425-746-9481
Fax: 425-641-9473
Email: spectrum@spectrumcontrols.com
Web: www.spectrumcontrols.com

## Specter Instruments

## Frank Grygier

4020 South Industrial Drive
Suite 120 Austin TX
78744 US
Phone: 512-326-1011

Fax:    512-326-1019

## FANUC FA America

Canada Service Center
6774-A Financial Drive
Mississauga, Ontario L5N 7J6

Tel:1-888-FANUC87
Fax:1-905-812-0053

## Mercedes-Benz U.S. International, Inc.

1 Mercedes Drive
Vance, AL 35490

## Toyota Motor Sales, U.S.A., Inc.

19001 South Western Ave.
Dept. WC11
Torrance, CA 90501
Toyota Head Office
Stand 1, Eastern Service Road
Wesco Park, Sandton
2012
+27 (011) 809 9111
Tel: 0800 139 111
Email: ccc@tsb.toyota.co.za
Fax: +27 (011) 809 2917

## Coca-Cola

P.O. Box 1734
Atlanta, GA 30301, USA
1.800.GET COKE (800.438.2653

## Shell Energy North America

Gas, Power and Environmental Solutions

*Houston, Texas*
Two Houston Center, Plaza Level 1
909 Fannin Street
Houston, Texas 7

## ExxonMobil Aviation

3225 Gallows Road
Fairfax, VA  22037 USA
Telephone: 703 846 3184
Fax: 703 846 20027010

## Chevron

6001 Bollinger Canyon Road
San Ramon, CA 94583, USA
Telephone: +1 925.842.1000

## Conoco Phillips

600 North Dairy Ashford (77079-1175)
P.O. Box 2197
Houston, TX 77252-2197
Phone: 281-293-1000

## The Procter & Gamble

1 or 2, Procter & Gamble Plaza
Cincinnati, OH 45201
USA
Phone: 1-513-983-1100

## ADCO Manufacturing

2170 Academy Ave
Sanger, CA 93657 USA
Tel:559 875 5563
Fax:559 875 7665

## Aspect Automation

677 Transfer Road
St Paul, MN 55114 USA
Tel:651-643-3700
Fax:651-642-5665

## Catbridge

222 New Road
Parsippany, NJ 07054 USA
Tel: 973-808-0029
Fax: 973-808-0076

## CMD Corporation

2901 E Pershing Street
Appleton, WI 54911 USA
Tel:920-730-6888
Fax: 920-380-8247

## Columbia Machine

107 Grand Blvd
Vancouver, WA 98668-8950 USA
Tel: 360-694-1501
Fax: 360-695-7517

**EAGLE Technologies**

9850 Red Arrow Highway
Bridgman, MI 49106 USA
Tel: 269-465-6986
Fax:269-465-6986

**Fargo Automation**

969 34th St N
Fargo, ND 58102 US
Tel: 701-232-1780
Fax: 701-232-1929

**Osgood Industries**

601 Burbank Road
Oldsmar, FL 34677-0000 USA
Tel: 813-855-7337
Fax: 813-855-3068

**Oystar Jones**

2701 Crescent Springs Road
Covington, KY 41017 USA
Tel: 859-341-0400
Fax: 859-341-2370

**Parkinson Technologies**

Highland Industrial Park
100 Goldstein Drive
Woonsocket, RI 02895 USA
Tel: 401-762-2100
Fax: 401-762-2295

**Pearson Packaging**

8120 W Sunset Highway
Spokane, WA 99204 USA
Tel: 509-838-6226; 800-73
Fax: 509-747-8532

**United Bakery**

19216 South Laurel Park Road
Rancho Dominguez, CA 90220 USA
Tel: 310-635-8121
Fax: 310-635-8171

**Wagstaff Inc**

3910 N Flora Road Spokane,
WA 99216 USA
Tel: 509-922-14
Fax: 509-927-3792 04

**Cisco Systems, Inc.**

170 West Tasman Dr.
San Jose, CA 95134 USA

**Dassault Systèmes Solid Works Corp.**

300 Baker Avenue
Concord, MA 01742

800-693-9000 US and Canada
978-371-5011 outside of the US and Canada

**Invensys Operations Management**

5601 Granite Parkway III Suite 1000
Plano TX 75024 United States
Tel: +1 469 365 6400
www.iom.invensys.com

**Defendants'**
------------------------------------------------------------------------------------------

## COMPLAINT
### STATEMENT OF THE CASE

------------------------------------------------------------------------------------------

Rockwell Automation has stolen my invention US Patent 6,552.654 and has sold it since
2001 as products with PLC Programmable Logic Controller MICROLOGIX and GSM mobile
phone to all the mentioned costumers, over the United States. This is patent infringement
and a huge damage because I use Windows stored process in PLC Programmable Logic Controller
with GSM Mobile Phone in my US patent.
I use PC keyboard memory write/read to store my invention with the function blocks in PLC
Programmable Logic Controller & GSM. The team of Rockwell Automation must understand that
they are not allowed to do the same by using PC keyboard.

**In addition the Rockwell Automation team has sold PLC programmable logic controller
without any GSM mobile phone during the years <u>1984 to the year 2001 and this is the
big point of summary of the facts</u>**

### JURISDICTION AND VENUE

This action arises under the Patent Laws of the United States, 28 U.S.C. § 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition.

35 U.S.C. 271 Infringement of patent
 (a) Except as otherwise provided in this title, whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States, or imports into the United States any patented invention during the term of the patent therefore, infringes the patent

Determination of the huge damages by using offering sale in USA

35 U.S.C. 284 Damages.

Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court.


# Background

### Story of Rockwell Automation from the year 1993 to the year 2010

Rockwell Automation, known until mid-2001 as Rockwell International Corporation, specializes in industrial automation products, software, systems, and services. Among the company's offerings are controllers PLC Programmable Controllers, input/output (I/O) systems, sensors, power transmission components, and network monitoring devices. Main brand names include Rockwell Automation, Allen-Bradley, Rockwell Software, Dodge, and Reliance Electric. Rockwell Automation serves a wide range of industries through a network of 5,600 distributors and agents in 80 countries. The company emerged in the early 21st century as the successor of Rockwell International--which was best known as a major defense and aerospace firm--after the latter made a series of strategic divestments starting in the mid-1990.

### Story of Allen-Bradley with Rockwell Automation

Allen-Bradley is the brand-name of a line of Factory Automation Equipment manufactured by Rockwell Automation (NYSE ROK). The company, with revenues of approximately US$4.5 **billion** in **2006**, manufactures programmable automation controllers (PAC, PLC), human-machine interfaces, sensors, safety components and systems, software, drives and drive systems, contactors, motor control centers, and systems made of these and similar products. Rockwell Automation also provides asset management services including repair and consulting. Rockwell Automation's headquarters is based in Milwaukee, WI.
As an interesting sidenote, the Allen-Bradley Clock Tower is a Milwaukee landmark featuring the second largest four-sided clock in the world.

### Summary of the Facts

1. Rockwell Automation spun off from Rockwell International in 2001 and retained Entek. From there, Rockwell Automation went through a series of acquisitions, particularly Propack Data (now Rockwell Automation Solutions GmbH) in 2002, DataSweep in 2005, GEPA in 2006 and ICS Triplex and Pavilion Technologies in 2007. On January 31, 2007, Rockwell

Automation sold off their PowerSystems Division which consists of Dodge mechanical and
Reliance Electric motors with headquarters in Greenville, South Carolina to Baldor Electric .


1993

2. The company launches DeviceNet, an open device-level network that quickly becomes the
de facto standard in North America.


1994

3. The Allen-Bradley line of software is merged with the ICOM lines to form Rockwell
Software Inc., the world leader in development and support of software for the automation
marketplace.


1995

4. In this Book of PLC Classic 1785 PLC_5 Family Programmable Controllers was for business
without any GSM mobile phone.

**Publication 1785  6.6.1 September 1995 PN 955122  47**
**Copyright 1995 Allen  Bradley Company, Inc. Printed in USA and at that time no one from the**
**team of Rockwell has no idea about the new technology of use PLC and GSM mobile phone**
**(Summary No1).**

Summary of Changes . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1_1
Using this Manual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i
How to Use this Manual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii
For More Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii
Reporting Corrections and Suggestions . . . . . . . . . . . . . . . . . . ii
Getting Started . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1_1
Chapter Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1_1
How the System Connects Together . . . . . . . . . . . . . . . . . . . . . 1_1
Processor Front Panel and Switch Assembly Overview . . . . . . . 1_3
Understanding the Keyswitch . . . . . . . . . . . . . . . . . . . . . . . . . 1_6
What to Do Next . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1_6
Prepare the Installation Site . . . . . . . . . . . . . . . . . . . . . . . . 2_1
Chapter Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2_1
Provide the Proper Environment for the Processor . . . . . . . . . . . .2_1
Layout the Cable Raceway . . . . . . . . . . . . . . . . . . . . . . . . . . . 2_4
What to Do Next . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2_5
Install the 1771 I/O Chassis . . . . . . . . . . . . . . . . . . . . . . . . 3_1
Chapter Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3_1
Mount the Chassis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3_1
Ground the Chassis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3_5
Setting the I/O Chassis Switches . . . . . . . . . . . . . . . . . . . . . . . 3_10
Setting the I/O Chassis Configuration Plug . . . . . . . . . . . . . . . . 3_13
What to Do Next . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3_13
Install and Remove Processor Batteries and
Memory Modules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4_1
Chapter Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4_1
Installing the Battery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4_2

Replacing the Battery . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     4_3
Disposing of a Battery . . . . . . . . . . . . . . . . . . . . . . . . . . . .     4_4
Install the 1785_MJ and 1785_MK EEPROM Module . . . . . . . . . 4_5
Install the 1785_MR and _MS CMOS RAM Module
(PLC_5/15, _5/25 processors) . . . . . . . . . . . . . . . . . . . . . . . . .     4_6
Remove the EEPROM or CMOS RAM Module
(PLC_5/10, _5/12, _5/15, _5/25 processors) . . . . . . . . . . . . . .     4_7
What to Do Next . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     4_8
Table of Contents
ii Table of Contents
Install or Remove a PLC_5/10, _5/12, _5/15,
and _5/25 Processor . . . . . . . . . . . . . . . . . . . . . . .     5_1
Chapter Objectives. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     5_1
Configuring PLC_5/10, _5/12, _5/15 and _5/25 Processor
Communication . . . . . . . . . . . . . . . . . . . . . . . . . . . .   . . . .     5_3
Connecting Termination Resistors . . . . . . . . . . . . . . . . . . . . . . .     5_9
Installing the Keying Bands . . . . . . . . . . . . . . . . . . . . . . . . . . .     5_10
Inserting the Processor into the Chassis . . . . . . . . . . . . . . . . . . . .     5_10
Removing the Processor from the Chassis . . . . . . . . . . . . . . . . . .     5_11
What to Do Next . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     5_11
Install the Remote I/O Link . . . . . . . . . . . . . . . . . . . . . . . . . .     6_1
Chapter Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     6_1
Set Remote I/O Adapter Switches . . . . . . . . . . . . . . . . . . . . . . .     6_1
Install the Adapter Module . . . . . . . . . . . . . . . . . . . . . . . . . . . .     6_7
Connect Remote I/O Link . . . . . . . . . . . . . . . . . . . . . . . . . . . .     6_7
What to Do Next . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     6_10
Install I/O Modules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     7_1
Chapter Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     7_1
Install Modules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     7_1
Install Wiring Arms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     7_2
Wire I/O to Wiring Arms . . . . . . . . . . . . . . . . . . . . . . . . . . . .     7_3
What to Do Next . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     7_6
Connect Power . . . . . . . . . . . . . . . . . . . . . . . . . . .     8_1
Chapter Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     8_1
About the Power Supplies You Can Use . . . . . . . . . . . . . . . . . . .     8_1
Distributing Power . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     8_2
Using a Second Transformer . . . . . . . . . . . . . . . . . . . . . . . . . . .     8_5
Determining the Rating of the Transformer . . . . . . . . . . . . . . . . . . 8_6
Grounding the Power Supply . . . . . . . . . . . . . . . . . . . . . . . . . . .     8_7
Protecting Against EMI . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     8_8
Install the Power Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . .     8_9
What to Do Next . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     8_9
Connect Processors to a DH+ Link . . . . . . . . . . . . . . . . . . .     9_1
Chapter Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     9_1
Determine the Needed Cable . . . . . . . . . . . . . . . . . . . . . . . . . . .     9_1
Connect the Processor to the DH+ Link . . . . . . . . . . . . . . . . . . . .     9_2
Terminate the Link . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     9_3
What to do Next . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     9_3

Table of Contents iii

Connect a Programming Terminal to the Processor . . . . . .     10_1
Chapter Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . · ·     10_1
Determine How You Want to Connect a Programming Terminal . .10_1
Connecting through a Local DH+ Link . . . . . . . . . . . . . . . . . . . . .     10_1
Connecting to a Remote DH+ Link . . . . . . . . . . . . . . . . . . . . . . .     10_4

Connecting to a DH+ Link through an Interface to the
Terminal's Serial Port . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    10_4
What To Do Next . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    10_7
Troubleshooting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  11_1
Chapter Objectives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    11_1
Troubleshooting PLC_5/10,_5/12,_5/15, and _5/25 Processors . . . .  11_2
Troubleshooting Information for 1771_ASB Module . . . . . . . . . . .  11_5
Processor Specifications . . . . . . . . . . . . . . . . . . . . . . . . . .    A_1
General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    A_1
Processor Specific . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    A_2
Addressing Concept Summary . . . . . . . . . . . . . . . . . . . . . . . . .    A_3
Battery Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    A_3
Compatible Remote I/O Link Devices . . . . . . . . . . . . . . . . . . . . .    A_4
Programming and Instruction Capabilities . . . . . . . . . . . . . . . . . .    A_4
Programming Software . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    A_5
I/O Chassis Mounting Dimensions (series A) . . . . . . . . . . . . . . .    A_6
Cable Connections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    B_1
Cable Connections for Communication Boards . . . . . . . . . . . . . .    B_1
Cable Connections for Serial Port Communications . . . . . . . . . . .    B_1
Cable Pin Assignments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    B_3
Cable Specification.

Allen_Bradley has been helping its customers improve productivity and quality for 90 years. A_B
designs, manufactures and supports a broad range of control and automation products worldwide.
They include logic processors, power and motion control devices, man_machine interfaces and sensors.
Allen_Bradley is a subsidiary of Rockwell International, one of the world's leading technology
companies.

*1997*

*5. Rockwell Automation story with MicroLogix_1000 Programmable Logic Controllers without
any GSM mobile phone
(Bulletin 1761 Controllers)
Allen-Bradley*



# BASIC

- MicroLogix 1000 10 I/O
- Programming Cable
- RSLogix 500 Starter
  10-point Programming
  Software
- 24V DC Power Supply

# $299

**Publication 1761-6.3 – July 1998**
**Supersedes Publication 1761-6.3 – December 1997 PN 955133-63**
**Copyright 1998 Rockwell International Corporation Printed in USA (Summary No.2).**
Important User Information
Because of the variety of uses for the products described in this publication, those responsible for the application and use of this control equipment must satisfy themselves that all necessary steps have been taken to assure that each application and use meets all performance and safety requirements, including any applicable laws, regulations, codes, and standards.
The illustrations, charts, sample programs and layout examples shown in this guide are intended solely for purposes of example. Since there are many variables and requirements associated with any particular installation, Allen-Bradley does not assume responsibility or liability (to include intellectual property liability) for actual use based on the examples shown in this publication.
Allen-Bradley publication SGI-1.1, Safety Guidelines for the Application, Installation, and Maintenance of Solid-State Control (available from your local Allen-Bradley office), describes some important differences between solid-state equipment and electromechanical devices that should be taken into consideration when applying products such as those described in this publication.
Reproduction of the contents of this copyrighted publication, in whole or in part, without written permission of Allen-Bradley Company, Inc., is prohibited. Throughout this manual, we use notes to make you aware of safety considerations:
Identifies information about practices or circumstances that can lead to personal injury or death, property damage, or economic loss.
Attention statements help you to:
identify a hazard
avoid the hazard
recognize the consequences
Note *Identifies information that is critical for successful application and*
*understanding of the product.*
SLC 500, SLC 5/01, SLC 5/02, SLC 5/03, SLC 5/04, MicroLogix, DTAM, DTAM Micro, PanelView, RediPANEL, Dataliner, DH+, and
Data Highway Plus are trademarks of Rockwell Automation.
PLC-2, PLC-5 are registered trademarks of Rockwell Automation.
A.I. Series and WINtelligent LINX are trademarks of Rockwell Software Inc.
Table of Contents
toc–i
Table of Contents
Preface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . P–1
Who Should Use this Manual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . P–2
Purpose of this Manual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . P–2
Common Techniques Used in this Manual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . P–6
Allen-Bradley Support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . P–6
Hardware
Installing Your Controller . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–1
Compliance to European Union Directives . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–2
Hardware Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–3
Master Control Relay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–4
Using Surge Suppressors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–8
Safety Considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–11
Power Considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–12
Preventing Excessive Heat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–13
Controller Spacing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–14
Mounting the Controller . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1–14
Wiring Your Controller . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-1

Grounding Guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–2
Sinking and Sourcing Circuits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–3
Wiring Recommendations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–4
Wiring Diagrams, Discrete Input and Output Voltage Ranges . . . . . . . . . . . . . . . . . . . . . 2–7
Analog Cable Recommendation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–21
Minimizing Electrical Noise on Analog Controllers . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–21
Wiring Your Analog Channels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2–22
Analog Voltage and Current Input and Output Ranges . . . . . . . . . . . . . . . . . . . . . . . . 2–23
Wiring Your Controller for High–Speed Counter Applications . . . . . . . . . . . . . . . . . . . . 2–24
Connecting the System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3–1
Connecting the DF1 Protocol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3–2
Connecting to a DH-485 Network . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3–5
Connecting the AIC+ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3–9
MicroLogix  1000 Programmable Controllers User Manual
toc–ii
Establishing Communication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3–17
DeviceNet Communications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3–18
Programming
Programming Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4–1
Principles of Machine Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4–2
Understanding File Organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4–4
Understanding How Processor Files are Stored and Accessed . . . . . . . . . . . . . . . . . . . . 4–6
Addressing Data Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4–10
Applying Ladder Logics to Your Schematics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4–14
Developing Your Logic Program – A Model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4–15
Using Analog . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5–1
I/O Image . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5–2
I/O Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5–3
Input Filter and Update Times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5–3
Converting Analog Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5–5
Using Basic Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–1
About the Basic Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–2
Bit Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–3
Examine if Closed (XIC) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–4
Examine if Open (XIO) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–4
Output Energize (OTE) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–5
Output Latch (OTL) and Output Unlatch (OTU) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–5
One-Shot Rising (OSR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–7
Timer Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–8
Timer On-Delay (TON) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–11
Timer Off-Delay (TOF) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–12
Retentive Timer (RTO) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–14
Counter Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–15
Count Up (CTU) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–18
Count Down (CTD) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–19
Reset (RES) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–20
Basic Instructions in the Paper Drilling Machine Application Example . . . . . . . . . . . . . . 6–21
Using Comparison Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–1
About the Comparison Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–2
Comparison Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–2
Table of Contents
toc–iii
Equal (EQU) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–3
Not Equal (NEQ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–3
Less Than (LES) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–3
Less Than or Equal (LEQ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–4

Greater Than (GRT) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–4
Greater Than or Equal (GEQ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–4
Masked Comparison for Equal (MEQ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–5
Limit Test (LIM) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–6
Comparison Instructions in the Paper Drilling Machine Application Example . . . . . . . . . 7–

Using Math Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–1
About the Math Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–2
Math Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–2
Add (ADD) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–4
Subtract (SUB) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–5
32-Bit Addition and Subtraction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–6
Multiply (MUL) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–8
Divide (DIV) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–9
Double Divide (DDV) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–10
Clear (CLR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–11
Square Root (SQR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–11
Scale Data (SCL) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–12
Math Instructions in the Paper Drilling Machine Application Example . . . . . . . . . . . . . 8–14
Using Data Handling Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–1
About the Data Handling Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–2
Convert to BCD (TOD) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–3
Convert from BCD (FRD) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–5
Decode 4 to 1 of 16 (DCD) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–8
Encode 1 of 16 to 4 (ENC) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–9
Copy File (COP) and Fill File (FLL) Instructions . . . . . . . . . . . . . . . . . . . . . 9–10
Move and Logical Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–13
Move (MOV) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–15
Masked Move (MVM) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–16
And (AND) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–18
Or (OR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–19
Exclusive Or (XOR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–20
Not (NOT) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–21
Negate (NEG) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–22
FIFO and LIFO Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–23
FIFO Load (FFL) and FIFO Unload (FFU) . . . . . . . . . . . . . . . . . . . . . . . . . . 9–25
LIFO Load (LFL) and LIFO Unload (LFU) . . . . . . . . . . . . . . . . . . . . . . . . . . 9–26

MicroLogix1000 Programmable Controllers User Manual

toc-iv

Data Handling Instructions in the Paper Drilling Machine Application Example . . . . . . 9–28
10 Using Program Flow Control Instructions . . . . . . . . . . . . . . . . . . . . . . . . . 10–1
About the Program Flow Control Instructions . . . . . . . . . . . . . . . . . . . . . . . . 10–2
Jump (JMP) and Label (LBL) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10–2
Jump to Subroutine (JSR), Subroutine (SBR), and Return (RET) . . . . . . . . . . . . 10–4
Master Control Reset (MCR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10–7
Temporary End (TND) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10–8
Suspend (SUS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10–8
Immediate Input with Mask (IIM) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10–9
Immediate Output with Mask (IOM) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10–9
Program Flow Control Instructions in the Paper Drilling Machine
Application Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10–10
Using Application Specific Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11–1
About the Application Specific Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . 11–2
Bit Shift Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11–3
Bit Shift Left (BSL) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11–5

Bit Shift Right (BSR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11–6
Sequencer Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11–7
Sequencer Output (SQO) and Sequencer Compare (SQC) . . . . . . . . . . . . . . . . . . . . 11–7
Sequencer Load (SQL) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-13
Selectable Timed Interrupt (STI) Function Overview . . . . . . . . . . . . . . . . . . . . . . . 11–15
Selectable Timed Disable (STD) and Enable (STE) . . . . . . . . . . . . . . . . . . . . . . . . 11–18
Selectable Timed Start (STS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11–20
Interrupt Subroutine (INT) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11–20
Application Specific Instructions in the Paper Drilling Machine
Application Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        11–21
Using High-Speed Counter Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12–1
About the High-Speed Counter Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12–2
High-Speed Counter Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12–3
High-Speed Counter (HSC) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12–6
High-Speed Counter Load (HSL) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12–18
High-Speed Counter Reset (RES) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12–21
High-Speed Counter Reset Accumulator (RAC) . . . . . . . . . . . . . . . . . . . . . . . . . . 12–22
High-Speed Counter Interrupt Enable (HSE) and Disable (HSD) . . . . . . . . . . . . . . . 12–23
Update High-Speed Counter Image Accumulator (OTE) . . . . . . . . . . . . . . . . . . . . . 12–24
What Happens to the HSC When Going to REM Run Mode . . . . . . . . . . . . . . . . . . . . 12–25
High-Speed Counter Instructions in the Paper Drilling Machine
Application Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        12–29
Table of Contents
toc–v
Using the Message Instruction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13–1
Types of Communication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13–2
Message Instruction (MSG) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13–3
Timing Diagram for a Successful MSG Instruction . . . . . . . . . . . . . . . . . . . . . . . . . 13–8
MSG Instruction Error Codes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13–10
Application Examples that Use the MSG Instruction . . . . . . . . . . . . . . . . . . . . . . . . 13–12
Troubleshooting
Troubleshooting Your System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14–
Understanding the Controller LED Status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14–2
Controller Error Recovery Model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14–5
Identifying Controller Faults . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14–6
Calling Allen-Bradley for Assistance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14–10
Reference
A Hardware Reference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A–
Controller Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A–2
Controller Dimensions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A–9
Replacement Parts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A–10
B Programming Reference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B1
Controller Status File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B–1
Instruction Execution Times and Memory Usage . . . . . . . . . . . . . . . . . . . . . . . . . . B–21
C Valid Addressing Modes and File Types for Instruction Parameters . . . . . . . . C–1
Available File Types . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C–2
Available Addressing Modes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C–3
D Understanding the Communication Protocols . . . . . . . . . . . . . . . . . . . . . . . . . D–1
RS-232 Communication Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . D–2
DF1 Full-Duplex Protocol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . D–3
DF1 Half-Duplex Slave Protocol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . D–5
DH-485 Communication Protocol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . D–11
MicroLogix  1000 Programmable Controllers User Manual
toc–vi
E Application Example Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . E–1
Paper Drilling Machine Application Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . E–2

Time Driven Sequencer Application Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . E–17
Event Driven Sequencer Application Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . E–19
Bottle Line Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . E–21
Pick and Place Machine Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . E–24
RPM Calculation Application Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . E–28
On/Off Circuit Application Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . E–34
Spray Booth Application Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . E–36
Adjustable Timer Application Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . E–41
F Optional Analog Input Software Calibration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . F–1
Calibrating an Analog Input Channel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . F–2

Glossary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**6. In this Book of PLC Classic 1785 PLC  5 Family Programmable Controllers was for business without any GSM mobile phone that means it is quit clear that the team of Rockwell automation had no idea about my new technology of my US Patent No, 6,552.654 for the use PLC and GSM mobile phone( Summary No,3).**

1999

7. Enterprise Technology Group is acquired. A Pittsburgh based software development and consulting company known for client-server Manufacturing Execution Systems (MES) applications.
Rockwell purchases Anorad Corporation, a market-leader in linear motor based precision positioning equipment.
Company acquires Dynapro, expanding human machine interface hardware and software offering.
Acquisition of EJA, a U.K. based firm brings the expertise of the Guardmaster brand to the safety product portfolio.

2000

8. Rockwell acquires Entek, adding predictive monitoring technology to its automation controls offerings.
Acquires Systems Modeling Corporation, known for discrete event and process simulation software and for finite-capacity scheduling software.

2001

9. Rockwell Automation becomes an independent, publicly traded company using the New York Stock Exchange symbol ROK.
Sequencia acquisition is completed, adding batch control software, services and support.

**10. PLC Programmable Controllers MicroLogix 1500 and 1200 with GSM Mobile phone without any Patent rights or trademark –copyrights in USA since the year 2001 (Summary No, 4).**



2002

11. Tesch (Germany) is acquired, bolstering safety hardware lines.
Propack Data (Germany) acquisition adds tracking and tracing software capabilities.
Samsung Controller Division (Korea) acquisition adds world-class programmable logic
controller design and development center in Asia.


2003

12. The Allen-Bradley brand celebrates its 100th anniversary. The celebration culminates with
Rockwell Automation's annual customer trade show and education event, known as
Automation Fair. The event is held for the first time in its 12 year history in Milwaukee, the
home town of **Rockwell Automation**. Over 15,000 people attend.


2004

13. Rockwell Automation and Intel Corporation begin working together to expand the use of
Intel's new high-performance network processor technology in industrial automation
applications.

2005

14. Data Sweep acquisition adds more manufacturing systems information capabilities to
software portfolio.

2006

14. Acquisition of GEPA, a leading provider of software in the change management
marketplace, expands the capabilities of Rockwell Automation's Factory Talk integrated
production and performance suite.

**Rockwell Automation Awarded U.S. Navy**

Milwaukee, WI, July 17, 2006 -- Rockwell Automation Inc announced today that the U.S. Navy has awarded the company a $16 million contract for engineering support and automation components for the Navy"s surface ships. The five-year contract will enable the Navy and other Dept of Defense agencies to quickly acquire engineered systems and services from Rockwell Automation that are vital for daily and strategic shipboard operations, domestically and globally. The contract is a milestone for Rockwell Automation as it marks the first time a long-term U.S. Navy contract has been directly awarded to Rockwell Automation as the prime contractor.

"Control systems designed for the Marine industry need to meet stringent requirements, especially those designed for the U.S. Navy, which operates world-class fleets 24/7 in locations throughout the world," said Joe Moffa, manager of the Rockwell Automation Marine Business. "Rockwell Automation is proud to have met those requirements and to be providing not only the machinery control system, but also the technical and engineering support both on-site and through our global network of employees and distributors."

The company will supply the U.S. Navy with a machinery control system engineered and certified for shipboard use. The system will manage the machinery control and auxiliary operations on <u>board U.S. aircraft carriers, mine warfare ships, and frigates</u>. The system is based on the Rockwell Automation Integrated Architecture, which features the Logix multidisciplined control platform and FactoryTalk plantwide information software. Together they deliver a seamless control and information environment that integrates with other onboard systems.

2007

16.Rockwell has helped promote the CSIA (Control System Integrators Association) to expand their capabilities as a system integrator association in the US end-customer community
Read more: http://www.processingtalk.com/news/roc/roc207.html#ixzz16O2zOrtd

2008

17. MILWAUKEE, June 12, 2008 - The Control System Integrators Association (CSIA) honored Rockwell Automation as its "Vendor Partner of the Year" in recognition for helping CSIA grow brand awareness and expand their capabilities as a system integrator association. CSIA is an organization designed to help system integrators improve how they do business activities, manage projects, and deliver solutions. The association recognized Rockwell Automation at its 15th annual Executive Conference May 1 to 4 in Savannah, Ga.

**Rockwell Automation Products**

**18.MicoLogix, PLC programmable logic controller and GSM mobile phone without any patent rights in USA**

Rockwell Automation's industrial automation offerings in terms of hardware and software are numerous. Some examples are:
**Controllers: ControlLogix, CompactLogix, MicroLogix, PLC5, SLC500, PICO, etc.**
**I/O: FlexIO, CompactIO, PointIO, etc. (Summary No, 5)**

Industrial Safety Products: GuardLogix, SafetyIO, XM Vibration Monitors, etc
Variable-Frequency Drive: PowerFlex Drives, Drive Systems.

Software: <u>Rockwell Software</u> Brand: <u>RSLogix</u>, RSNetWorx, <u>RSLinx</u>, <u>PMX</u>, FactoryTalk etc.

FactoryTalk Brand: FactoryTalk View, FactoryTalk Historian, FactoryTalk AssetCentre, FactoryTalk ProductionCentre, FactoryTalk Metrics, FactoryTalk Scheduler, FactoryTalk Transaction Manager, etc.

Motor Controllers: MCCs (Allen-Bradley's Centerline MCC), industrial control (contactors, overloads, circuit breakers etc.) Condition Monitoring/Vibrational Analysis: Entek.

Rockwell Automation/Allen-Bradley systems are used for roller coaster control at every Six Flags and Disney theme park.

The Panama Canal control logic uses Logix family Controllers by Allen-Bradley. This is biggest project ever developed by Rockwell Automation.

Nov. 15, 2010 Release

19. Four Best-in-Class Product Suppliers Join Rockwell Automation Partner Network Program. Encompass third-party product referencing program offers Rockwell Automation customers' access to complementary products to help best solve application challenges
MILWAUKEE, Nov. 15, 2010 — Four leading product suppliers have recently joined the Rockwell Automation <u>Encompass</u> third-party product referencing program, which helps manufacturers quickly <u>locate the products</u> that best solve their application challenges. KUKA Robotics Corporation, the Schaffner Group, Yaskawa Motoman Robotics and MathWorks join the more than 100 Encompass member companies who supplement Rockwell Automation installations in one of three ways: provide built-in connectivity to the Rockwell Automation Integrated Architecture system, offer a critical component necessary to a manufacturer's application or provide industry or application expertise using specialized product technology.
The Encompass program is part of the Rockwell Automation <u>Partner Network framework</u>, which includes thousands of specialists in industries, applications, geographies, technologies and services around the world. As part of the Partner Network framework, Encompass members enjoy improved customer engagement through promotion and co-marketing opportunities. The Encompass program also helps member companies increase market awareness of products, attain access to new market sectors and improve technical and functional excellence. Following are additional details about each of the new Encompass partners:
<u>KUKA Robotics Corporation</u> – offering PA Series robotics utilizing Allen-Bradley ControlLogix programmable automation controllers (PACs) for applications in packaging, layer forming and palletizing.
<u>Schaffner Group</u> – designing active and passive harmonic filters for variable frequency drives to support energy efficiency.
<u>Yaskawa Motoman Robotics</u> – offering MLX100 robotics interfaces with ControlLogix PACs for packaging and palletizing robotic control.
<u>MathWorks</u> – developing Mathlab and Simulink virtual design and production software to accelerate the pace of discovery, innovation and development in industry.
In addition to the new Encompass program members, two current members have recently announced the expansion of their membership from North America into Europe.
<u>Specter Instruments</u> – designing remote alarm notification software that allows users to view and organize alarms over cellular networks.
<u>Marathon Technologies</u> – offering fault tolerant software that delivers simple, affordable and continuous uptime for Windows applications.

## 20.Rockwell exec appointed to U.S. Manufacturing Council 08/10/2010

MILWAUKEE, --- *In another step to focus on the revitalization of manufacturing in
the United States, U.S. Commerce Secretary Gary Locke* has appointed 24
manufacturing leaders to the 2010 Manufacturing Council. Among them is Michael
Laszkiewicz, Rockwell Automation's vice president and general manager of the
company's Power Control Business.
Locke also issued a call to action Thursday to revitalize the nation's manufacturing
sector.
"A vibrant manufacturing sector isn't just critical for the millions of Americans whose jobs depend on
it," Locke said as he appointed new members to the 2010 Manufacturing Council. "Manufacturing is
absolutely central to driving the innovation that fuels the American economy."
Laszkiewicz said the Council's work comes at a critical moment for American manufacturers.
"Ten years from now global manufacturing will look nothing like it does today," Laszkiewicz said.
"We hope that the federal government will join forces with American manufacturers to foster the next
round of technological innovation that will create highly efficient smart factories."
Locke said the Council will bring him ideas for ways the federal government can support
manufacturing and exports.

## 21. Story of Rockwell Automation with Ford

Ford Motor Co. selected Rockwell's Global Manufacturing Solutions unit to completely upgrade two
stamping press lines and various automation systems at Ford's Walton Hills, Ohio plant. The upgrade,
scheduled for September 2003 completion, will improve productivity through faster product rollouts,
reduced plant downtime and streamlined production schedules in the 2.2 million square-foot plant,
Rockwell said. Terms of the contract were not disclosed.
As the project lead, Global Manufacturing Solutions said it will oversee the entire retooling process,
including: "Stamping press control system integration; Refurbishment of existing robot control
systems; Integration of robots into the line; Overall system coordination and integration, including
existing equipment and new OEM equipment; Asset management of key project aspects; Procurement
of all electrical devices sensors, actuators and other related instrumentation, including products within
the Rockwell Automation Logix PLC architecture; and Electrical installation, including engineering,
contractor selection and contractor management."

## 22. Rockwell Automation Completes Contracts for Toyota

Due to the established relationship with Toyota internationally, Rockwell Automation designed a
solution aligned with Toyota's manufacturing philosophy

Challenge

Implementation of an assembly information system (AIS) for Toyota South Africa. The system comprises line
control (Andon), assembly vehicle identification (AVI), Andon Reporting
System (ARS) and Quality Information System (QIS).

Solutions

• Allen-Bradley ControlLogix PLC Programmable  Logic Controllers
• Allen-Bradley Versa View touch screen industrial computer, which is connected to the plant network via
Ethernet.
• A digital picking system was implemented, controlled by Rockwell
Automation equipment
• The project also included a logistics system consisting of more than 100 SCADAs and PLCs
Programmable  Logic Controllers.

Results

• Increased cost-benefit and reduced errors
• Better visibility of issues – information such as parts requirements, stop reasons, running time and production targets
• Digital picking system helps eliminate time wastage and helps to improve the transportation lines through the plant.
• The successful commissioning has led Toyota to work closely with Rockwell Automation to find innovative ways to implement associated systems in other parts of the manufacturing operations in order to reinforce the manufacturing control strategy of "Pull Manufacturing"

Rockwell Automation has announced the completion of several projects for Toyota South Africa. The automation company has an established relationship with Toyota internationally and was able to design a solution aligned with Toyota's manufacturing philosophy. **Similar projects were undertaken by Rockwell Automation internationally for Toyota plants in the U.S., Thailand and China.**

The first project saw the company implementing an assembly information system (AIS) for Toyota in Prospecton, Durban. The system comprises line control (Andon), assembly vehicle identification (AVI), Andon Reporting System (ARS) and Quality Information System (QIS). The design and installation began during 2005. AIS has been applied to the Toyota Prospecton plant IMV production for Hilux and Fortuner sport utility vehicles, as well as to the new Corolla model. According to Rockwell Automation Project Manager, John Cound, AIS was developed internationally for Toyota. "This solution has now been implemented on numerous Toyota plants. We handed over the system for the Corolla line within six months while simultaneously extending the IMV line to include AVI."

## 23. Story of Rockwell Collins, Inc.

Rockwell Collins, Inc. engages in the design, production, and support of communications and aviation electronics worldwide. It operates in two segments, Commercial Systems and Government Systems. The Commercial Systems segment supplies integrated avionics systems and products; cabin electronics systems and products; communications systems and products, such as data link, frequency, and satellite communications systems; navigation systems and products; and situational awareness, and surveillance systems and products. It also provides flight deck systems and products; integrated information systems; and electro mechanical pilot controls and actuation systems; and simulation and training systems, including visual system products, training systems, and engineering services. This segment serves original equipment manufacturers of commercial air transport, and regional and business aircraft; commercial airlines; and fractional and other business aircraft operators. In addition, it offers maintenance, repair, and parts and after-sales support services. The Government Systems segment provides communications systems and products designed to help customers transfer information; military data link systems and related products; and navigation systems and products, including radio navigation systems, global positioning systems, handheld navigation systems, and multi-mode receivers. It also provides subsystems for the flight deck comprising flight controls and displays, information/data processing and communications, navigation, and/or safety and surveillance systems; cockpit display systems; and integrated computer systems. This segment serves the U.S. Department of Defense, other government agencies, civil agencies, defense contractors, and foreign ministries of defense. The company was founded in 1933 and is headquartered in Cedar Rapids, Iowa. Rockwell Collins, Inc. (NYSE:COL) operates independently of Rockwell Automation, Inc. as of June 29, 2001.

## 24. Story of Rockwell Automation with Boeing

Rockwell Automation announced today that they have signed a definitive agreement under which Boeing will acquire Rockwell's Aerospace and Defense businesses.

In the merger, Boeing will issue approximately $860 million of its common stock and retain $2.165 billion of Rockwell debt and certain retiree obligations of Rockwell. Effective date is expected to be later this year.

Immediately prior to the merger, Rockwell will transfer its Automation, Avionics, Communications, Semiconductor Systems and Automotive Components Systems businesses to a new company, which will keep the Rockwell name. Shares of the new Rockwell will be distributed to Rockwell shareowners just prior to the effectiveness of the merger on a one-for-one basis. The new Rockwell will be listed on the New York Stock Exchange.

The new name of the acquired units will be Boeing North American, Inc., a wholly owned subsidiary of The Boeing Company. The Rockwell Aerospace and Defense units employ approximately 21,000. Boeing Defense & Space Group has approximately 30,000 employees.

The transaction, which is intended to be tax free, is subject to approval by Rockwell's shareowners and debtholders, certain regulatory approvals and other provisions generally required in similar transactions. A special Rockwell shareowners' meeting will be held in November and the transaction is expected to be completed shortly thereafter.

Phil Condit, Boeing president and chief executive officer, said, "The assets and capabilities we are acquiring are an extremely good strategic fit with our long-term objective of creating shareholder value. This merger accelerates us on our way to achieving our 20-year vision, which calls for Boeing to be a fully integrated aerospace company designing, producing and supporting commercial airplanes, defense systems, and defense and civil space systems.

He noted the intent is to grow the business base and expand opportunities. Although there will be some efficiencies that will be identified by combining the organizations, Boeing expects minor employment impact.

"My desire," Condit said, "is to absorb any necessary employment adjustments through normal attrition and by retraining employees to take advantage of new business or career opportunities within Boeing. Both of our organizations have records of strong performance and we expect to learn new best practices that will bring increased product value to our customers."

Donald R. Beall, Rockwell's chairman and chief executive officer, said, "This is an historic step in the continuing transformation of Rockwell, which has been shifting strategic focus to higher growth commercial and international businesses, with a particular focus on electronics. The new Rockwell will be essentially debt free and well positioned for significant investments in our strong franchises in Automation, Semiconductor Systems, Avionics, Communications and Automotive Components Systems businesses, including internal development and both large and small acquisitions."

Beall added, "Our Aerospace and Defense businesses, with their strong franchises, solid management, excellent technologies and outstanding employees, have made strong contributions to Rockwell's success through their world class performance. The benefits to those businesses, their customers and their employees of the alliance with Boeing are compelling. The complementary strengths of Boeing and our Aerospace and Defense businesses create a leading global competitor in this industry."

The major product groups of the acquired divisions are: ICBM systems; tactical missiles; sensors; B-1B bomber; commercial aerostructures; aircraft and helicopter modifications; rocket propulsion including the Space Shuttle main engine; Space Station electric power; airborne laser and electro-optics; Space Shuttle integration, logistics and operations; Global Positioning System satellites; space defense and advanced programs.

The Boeing Defense & Space Group encompasses virtually all of the company's business with the U.S. Department of Defense, NASA and international defense customers. Defense and space programs include: helicopters, military aircraft, advanced electronic systems, space transportation and the International Space Station. The Group is organized into five divisions; Information & Electronic Systems, Missiles & Space, Helicopters, Military Airplanes and Product Support.

**The Boeing Defense & Space Group had 1995 sales of $5.6 billion. The acquired Rockwell units had 1995 sales of $3.2 billion.**

The new Boeing North American will report to Jerry King, president of the Boeing Defense & Space Group. Boeing North American will be headed by John McLuckey, who is currently president and chief operating officer of Rockwell's Aerospace and Defense businesses.

SEATTLE, Aug. 1 /PR Newswire/ -- The Boeing Company (NYSE: BA) and Rockwell International Corporation (NYSE: ROK) announced today that they have signed a definitive agreement under which Boeing will acquire Rockwell's Aerospace and Defense businesses.

In the merger, Boeing will issue approximately $860 million of its common stock and retain $2.165 billion of Rockwell debt and certain retiree obligations of Rockwell. Effective date is expected to be later this year.

Immediately prior to the merger, Rockwell will transfer its Automation, Avionics, Communications, Semiconductor Systems and Automotive Components Systems businesses to a new company, which will keep the Rockwell name. Shares of the new Rockwell will be distributed to Rockwell shareowners just prior to the effectiveness of the merger on a one-for-one basis. The new Rockwell will be listed on the New York Stock Exchange.

## 25. ROCKWELL'S AEROSPACE PROFITS CUT BY END OF B-1B

Operating earnings of Rockwell International's aerospace segment dropped to **$418 million** for fiscal **1989 from $493 million** last year. Rockwell said returns from the B-1B bomber program were down $140 million ($.35 per share) in 1989 due primarily to the completion of aircraft production in April 1988.
The company's B-1B sales were down $500 million for the year from $1.360 billion in FY '88. In addition, it said it had a higher profit rate in 1988.
RI's aerospace sales totaled $3.909 billion for the year, including $986 million in the fourth quarter

Boeing buying Rockwell units
**August 1, 1996: 11:32 a.m. ET**

Aerospace giant to pay $3.2B for Rockwell's defense and space units NEW YORK (CNNfn) The Boeing Co. on Thursday said it reached a definitive agreement to buy Rockwell International Corp.'s defense and aerospace units for about $3.2 billion in stock and debt.
 In the latest move toward consolidation in the aerospace and defense industry, Boeing agreed to issue $860 million in common stock and retain $2.165 billion in Rockwell's debt along with certain pension obligations. "The assets and capabilities we are acquiring are an extremely good strategic fit with our long-term objective of creating shareholder value," Boeing President and Chief Executive Officer Philip Condit said in a statement. "This merger accelerates us on our way to achieving our 20-year vision, which calls for Boeing to be a fully integrated aerospace company."

The Rockwell units will become a wholly- owned subsidiary of Seattle-based Boeing and will be called Boeing North American Inc., adding roughly 21,000 workers to Boeing's current defense and space workforce of 30,000.
 Rockwell's defense and aerospace units are expected to add $3.2 billion in annual sales to the Boeing Defense & Space Group's current annual sales of $5.6 billion.
Condit said there would be some job reductions due to overlapping positions, but added he does not see a need for major cuts. His plan is to eventually expand the operations.
The remainder of Rockwell - including automation, avionics, communications, semiconductors systems and automotive components businesses - will be transferred to a new company that keeps the Rockwell name, and will remain in Seal Beach, Calif., Shares in the new Rockwell will be distributed on a one-for-one basis and listed on the New York Stock Exchange.
The deal requires shareholder and regulatory approval.
Rockwell Chairman and Chief executive Officer Donald R. Beall said the decision to sell the defense and aerospace businesses fit with a shift in his company's strategic focus to electronics manufacturing that provides higher growth.
Beall said the new Rockwell will be virtually debt-free and positioned to make investments in its remaining businesses. "This is an historic step in the continuing transformation of Rockwell.

Boeing
Corporate Offices:
100 North Riverside Chicago, Illinois 60606
Boeing Defense, Space and Security. O. Box 516
St. Louis, Missouri 63166
314-232-0232
562-797-2020 (Seal Beach, California

## 26. Story of Rockwell Automation with NASA October 2001

Software Safety Assurance of Programmable Logic Controller (PLC, FPGA, ASIC) devices are
hybrids - hardware devices that are designed and programmed like software. As such, they fall in an
assurance gray area. Programmable Logic is usually tested and verified as hardware, and the software
aspects are ignored, potentially leading to safety or mission success concerns

## NASA Technical Reports Server

Aug 1, 2003 ... By integrating a control system based on a Rockwell Automation's flexible and reliable
PLC-5 controller, Stennis was able to implement ...
others searched for:
http://ntrs.nasa.gov/search.jsp?R=875586&id=6&as=false&or=false&qs=No%3D70%26N
e%3D20%2...

## Back to Results - NASA Technical Reports Server
Jul 5, 2007 ... Rockwell Automation PLC-5 Lands Stennis Space Center with a Reliable, Flexible
Control System Author(s): Epperson, Dave ... others searched for:
http://ntrs.larc.nasa.gov/search.jsp?No=40&Ne=41&N=4294891601&Ns=HarvestDate%7
C1&as=false

RICHARDSON, Texas--(BUSINESS WIRE)--May 22, 1995--Rockwell (NYSE:ROK) has received a
$26.5-million add-on award for the production phase of the U.S. Navy's High Power Transmit Set
(HPTS), a critical communications element for strategic forces.
The add-on contract was awarded by the Naval Air Systems Command, Washington, D.C., and
follows a $29.6-million add-on award in April 1994, and a $17.7-million initial production contract in
1993.
The HPTS system consists of a very low frequency/low frequency (VLF/LF) 200 Kw solid-state
power amplifier and dual trailing wire antenna system, which operates over a frequency range of 17 to
60 kilohertz.
``We are extremely pleased that the Navy is extending HPTS Low Rate Initial Production to include
fiscal year (FY) 1995, which further solidifies Rockwell's leadership in the VLF market,'' said Ken
Medlin, vice president and general manager of Rockwell's Communication Systems Division (CSD),
which received the contract.
``Rockwell has been providing quality VLF systems to the Navy for over 30 years,'' Medlin added.
HPTS improves the reliability of systems that provide survivable communication links from the
Navy's E-6A TACAMO aircraft to the U.S. strategic forces. The improved reliability supports a
reduction in the number of systems deployed, thereby reducing operating costs.
The scope of the HPTS FY-95 production provides for the fabrication and test of two 200 Kw HPTS
systems for the TACAMO E-6A aircraft. The contract also includes the fabrication of two installation
kits by Rockwell's North American Aircraft Modification Center at Shreveport, La., the building of a
refurbishment kit for an Engineering Development Model, spares, data and continued logistics support.
The HPTS will be built, assembled and tested by Rockwell's CSD operation in Richardson. Printed
circuit boards will be assembled at Rockwell's manufacturing plant in El Paso, Texas.
The Navy's future plans call for the procurement of 11 additional HPTS systems in FY-96 through

FY-98. Rockwell is a diversified, high technology company holding leadership market positions in automation, avionics, aerospace, defense electronics, telecommunications, automotive components and graphics systems, with annual **worldwide sales of more than $12 billion.**

## 27.Story of Mr Nosbusch, Chairman CEO of Rockwell Automation

"Even in these troublefd times," began Keith Nosbusch, chairman and CEO of Rockwell Automation, "Rockwell Automation is on a very exciting path. We're well-positioned to both *weather the storms* of the current economic situation and prosper into the future."



<u>What we have to do now is to continue our plans and keep our eye on the ball." Rockwell Automation CEO Keith Nosbusch is bullish on the company's ability to weather any economic downturn</u>
Nosbusch updated a media-only crowd gathered in Nashville, Tenn., for the company's Manufacturing Perspectives event, which leads up to the Automation Fair event ."Rockwell Automation has the technology leadership," he added, "the intense customer focus, and the financial strength, together with a strong balance sheet and a seasoned management team." Nosbusch segmented an update on the company's financial picture into two parts based on the two overarching business units: Architecture and Software and Control Products and Solutions. Architecture and Software includes the Logix platform, FactoryTalk, Pavilion and Incuity. 2008 revenues from this business unit **were $2.4 billion, with $3.3 billion** coming from Control Products and Solutions.
"In 2004," Nosbusch said, referring to the year he became CEO, "<u>our revenues were 61% in the United States. In 2008,</u> they were a little under 50%, and 50% of our employees are **outside the U.S. Our goal is to have 60% of revenues from outside the United States by 2013."**
Nosbusch described the company's recent acquisitions as catalysts for continued growth: ICS Triplex, Proscon, the Irish life sciences system integrator, Pavilion Technologies, CEDES (a maker of safety light curtains), Incuity for enterprise manufacturing intelligence and visualization, and the most recent acquisition of all, Xi'an Hengsheng—a heavy-industry integrator with a strong customer base in central and western China.
Turning to the economic situation, Nosbusch noted that GDP has slowed down, and that some degradation is occurring. Even though this situation started in the mortgage and investment-banking arena, he said, it is likely that there will be reduced capital expenditures in the months ahead.
"Rockwell Automation has more resiliency than many of our competitors. What we have to do now is to continue our plans and keep our eye on the ball," he added.
There are new drivers in the market, Nosbusch continued, noting the importance of globalization, productivity, innovation and sustainability. But the most important megatrend,

he said, is the convergence of control, communication, information and power on the manufacturing floor.

"Imagine a highly linked environment enabled by modern technology and global standards that can flexibly combine and leverage information," he said.

This manufacturing convergence and the connected enterprise, Nosbusch said, will drive greater productivity, integrate the global value chain, enable innovation and reduce time to market—and enable the shift to sustainable production and reduce business risk.

The Logix platform brings together multiple control disciplines, is scaleable, information-enabled and open, Nosbusch said. "This is game changing technology—our installed base **now exceeds $3 billion, and we expect to achieve $8 billion by 2013. The Logix PLC platform is future-proof."**

So what is Rockwell Automation's strategy? Nosbusch said that the process industries were the largest growth area for Rockwell Automation, and the strategy there is the displacement of the traditional DCS and the extension of Rockwell Automation's reach into process safety. "**Process provided $700 million** revenues this past year," he said. Safety, too, is a key growth initiative centered around control. Rockwell, Nosbusch noted, is the only significant player in both machine safety and process safety.

As for network convergence, Nosbusch suggested that the future holds universal acceptance for Ethernet and a resolution to the age-old *IT-versus-production culture clash.* Here, too, Rockwell Automation partner Cisco Systems plays a critical role, with the companies' unified reference architecture for manufacturing and the co-branded Stratix series of network switches.

Nosbusch's vision for Rockwell Automation is the ability to use standard Ethernet for unified communications—voice, video, mobility and powerline. This, he said, would come from collaboration and provide speed, flexibility, leverage and a lower total cost of ownership.

Rockwell Automation's contribution to sustainability in manufacturing includes its product line of Intelligent Motor Controls. These, Nosbusch said, provide increased energy efficiency. This segment is approximately 25% of Rockwell Automation's business, and the company enjoys a top-three global position with a highly differentiated intelligent motor control center product line.

In solutions and services, Rockwell Automation has repeatable solutions for industry that leverage knowledge, with re-usable engineering, tools and processes. Rockwell Automation also is concentrating on acquiring and retaining industry experts, as well as acquiring new businesses that will help fill gaps in the product portfolio.

In answer to a question, Nosbusch said that Rockwell Automation was going to "of course, align our cost structure with reality, but we're going to continue to invest, focus on emerging economies and fund our key new products and solutions. We may be forced," he went on, "to re-prioritize and align our priorities, but we have a very strong balance sheet and our free cash flow is very strong. That's why we're continuing to pay our dividend and re-purchase our stock.

28. **Randall Hoth (left), president and CEO of the Wisconsin BBB, presents the 2009**

**International Torch Award for Marketplace Ethics to Keith Nosbusch, chairman and CEO of Rock**



Rockwell Automation was recently named a finalist in the Council of Better Business Bureau's (BBB) 2009 International Torch Award for Marketplace Ethics. The company is one of only four firms in the United States to receive such an honor. It was entered into the international competition after winning the 2008 Torch Award for Business Ethics from the Wisconsin BBB.

"Rockwell Automation is proof that an outstanding reputation in nthe marketplace leads to long-term success," said Randall Hoth, president and CEO of the Wisconsin BBB.

"Businesses that do the right thing have a competitive advantage. They elicit the steadfast loyalty of their customers, employees, suppliers and vendors and the global communities they serve, which in turn boostssales of their products or services

## 29. Story of Rockwell Automation with Mercedes-Benz U.S. International

Process transparency William C. Taylor, president and chief executive officer of Mercedes-Benz U.S. International Inc., a DaimlerChrysler company, addressed the Manufacturing Perspectives audience with comments on how Rockwell Automation helped his company achieve transparency into the manufacturing process

Mercedes selected Rockwell Automation as its automation partner for the plant because, said Taylor, the company "provides the expertise needed for the long haul." Software jointly developed by Rockwell Automation and DaimlerChrysler supports a library of standardized instructions and process transparency that has improved problem solving in the plant.

## 30. Story of Rockwell Automation with Security technology

Control system lifecycle services
• Manage network convergence
• Security technology, policies and procedures services

Security implementation services help to foster manufacturing convergence by enabling secure conduct and help to reduce associated risks. These services apply security appliances, such as firewalls and implement security programs. Our security consultants will also train employees on security policy and awareness throughout the organization.

Security design and planning can help you to avoid negative impacts caused by a poorly designed system. While manufacturing convergence has many benefits, it can cause negative impacts due to environmental, architectural, maintenance and consequence of failure differences between manufacturing and IT enterprises.

Our converged Network and Security team has:

• Knowledge of manufacturing applications – their dependency on the infrastructure and possible impact on the overall manufacturing process.
• Awareness of manufacturing security consequences.
• Understanding the differences between bandwidth and latency.
• Knowledge of how each layer of the OSI model affects the performance of your system
• Experience with all types of manufacturing networks – EtherNet/IP, ControlNet, DeviceNet, DH+, Remote IO, Fieldbus, and other automation industry networks.
• Involvement in, and awareness of, national and global standards committees (e.g.. **Department of Homeland Security,Idaho National Labs, ISA 99 and NIST 800-82)**
• Awareness of traditional IT policies and the impact they can have on the plant floor

• **Capabilities to provide wired and wireless network solutions.**

## 31. Contracts from Dept. of Homeland Security (FY 2008 )List of Individual Transaction

| Amount | Parent Company Name | Major Agency | Product or Service | Date |
|---|---|---|---|---|
| $3,124,283 | ROCKWELL AUTOMATION | Dept. of Homeland Security | Maintenance, repair and rebuilding of equipment | 2007-10-11 |
| $60,298 | ROCKWELL AUTOMATION | Dept. of Homeland Security | Maintenance, repair and rebuilding of equipment | 2008-04-15 |
| $14,750 | ROCKWELL AUTOMATION | Dept. of Homeland Security | Automatic data processing equipment | 2008-04-11 |
| $6,614 | ROCKWELL AUTOMATION | Dept. of Homeland Security | Maintenance, repair and rebuilding of equipment | 2007-12-12 |
| $5,550 | ROCKWELL AUTOMATION | Dept. of Homeland Security | Invalid or blank code | 2007-10-18 |
| $3,760 | ROCKWELL AUTOMATION | Dept. of Homeland Security | Invalid or blank code | 2008-09-10 |
| $3,010 | ROCKWELL AUTOMATION | Dept. of Homeland Security | Automatic data processing equipment | 2008-09-09 |
| $277 | ROCKWELL AUTOMATION | Dept. of Homeland Security | Electrical and electronic equipment components | 2008-07-28 |
| $248 | ROCKWELL AUTOMATION | Dept. of Homeland Security | Maintenance, repair and rebuilding of equipment | 2008-07-09 |
| $0 | ROCKWELL AUTOMATION | Dept. of Homeland Security | Maintenance, repair and rebuilding of equipment | 2008-05-02 |
| $-86,017 ** | ROCKWELL AUTOMATION | Dept. of Homeland Security | Maintenance, repair and rebuilding of equipment | 2008-08-12 |
| $-114,127 | ROCKWELL AUTOMATION | Dept. of Homeland Security | Maintenance, repair and rebuilding | 2007-10-11 |

32. The product of the year 2001 PLC Programmable Controllers MicroLogix 1500 and1200 with GSM Mobile phone for Security system without any Patent rights or trademark –copyrights in USA from the year 2001.

Using offering to Sale PLC programmable logic controller MicroLogix 1200 and 1500 Utilising GSM mobile phone...

The PLC MicroLogix 1500 is programmed using the RSLogix™ 500 programming environment. The instruction set is compatible with all MicroLogix as well as SLC ... which sends a text message to the modem and to the SMS message service.  Similar functionality is also available on several other Allen-Bradley PLC programmable logic controller platforms.



PLC Programmable Logic Controllers MicroLogix™ 1200 and 1 500 Utilizing GSM  mobile phone RTU's White Paper

MicroLogix 1200 and 1500 Utilizing GSM RTU's Take Control with MicroLogix 1200 controllers are truly micro in size. With a footprint as small as 3.52" X 4.33" (90mm X 110mm), they are ideal for control projects where panel space is a challenge. The MicroLogix 1200 makes use of discrete and analog expansion I/O modules (providing up to 88 points) for a lot of application flexibility. Removable I/O labels with a write-on area make for easy field device identification to reduce valuable troubleshooting and maintenance time. The finger-safe terminal blocks for safe operation meet global safety standards. The MicroLogix 1200 boasts a large 6K memory, with 4K words available for user programs and configurable 2K words for user data. This feature of the MicroLogix 1200 expands application coverage by allowing data elements to be selected according to individual application requirements.

Expand Your Choices with MicroLogix 1500

The MicroLogix 1500 has more robust features for a controller this size.
It supports up to 12K of onboard non-volatile user memory to accommodate complex application program, with additional memory for applications that require data logging. Additionally, the controller's terminal blocks are removable, "finger-safe" NEMA-style blocks. And because it can be either DIN rail or panel mounted, the MicroLogix 1500 takes up a fraction of the space of larger controllers while reducing overall application costs.

The installed controllers are being used to sense alarm and status information, which in turn, is transmitted to a cell phone number upon a pre-condition occurrence in memory. The text message transmitted appears on the receiver's cell phone display in a similar method to an alphanumeric pager. While not implemented in our current installations, the receiver could also enter text on their cell phone and transmit back to the controller.

The controller upon receipt of this message could decode the sender's phone number and also the message and perform a string comparison to find an identical string of text in memory. Once found, the controller could take appropriate action within it's program, such as turning devices on or off. This would enable operators to respond to some low level alarms from a remote location via cell phone, and take appropriate action such as clearing or acknowledging low level alarms. If the SIM card contained within the GSM modem mobile phone (connected to the Micro) is data enabled, it could also log on and program the MicroLogix over the cell phone network at 9600 baud. **2001 Rockwell International. All Rights Publication 1764-WP002A-EN-E Reserved.Printed Here is the big point of the Summary of the fact to show the Judges that the people of Rockwell have stolen my invention and after two years of publication of my us patent(This has already been successfully demonstrated.) in the US PATENT from US inventor Samy Gharb in juni .3 .1999 ( SummaryNo.3).**

33. Here is My US Patent 6,552.654 for Security system with a mobile telephone & PLC **programmable logic controllers G, H, and I essentially are used to activate a mobile phone.** Inventor. Gharb, Samy ... **Foreign Application Priority Data. 1999-06-03 CH** **http://www.patentstorm.us/patents/6552654/description.html -**

What is claimed is:

 A security system for monitoring objects, comprising:
a digital recording device having at least one emergency message; and
a mobile telephone having at least one preselected emergency number;
a first Programmable Logic Controller (PLC) controller for initialing monitoring;
a second PLC controller for repeating an alarm signal; and third, fourth, and fifth PLC controllers for activating a mobile telephone and a digital recording device; at least one sensor for generating an alarm state connected to the first PLC controller;  a main relay for controlling the first PLC controller and which can be operated by a remote control; a computer having mobile lines connectable to the five PLC controllers for programming the five PLC controllers; and a data set for transmission to the mobile telephone including alarm information; wherein the second PLC controller repeats the alarm signal if the line dialed by the mobile telephone in case of an alarm, is busy; and wherein each time the second PLC controller repeats the alarm signal, the third, fourth and fifth PLC controllers activate the mobile telephone and the digital recording device.
A security system as claimed in claim 1, wherein the data set comprises a start signal, the at least one emergency number, and the at least one emergency message.
A security system as claimed in claim 1, wherein each of the controllers includes inputs and outputs, and wherein the outputs of the first PLC controller are connected to an input of the second PLC controller and of the fifth PLC controller, outputs of the second PLC controller are connected to inputs of the third, fourth, and fifth PLC controllers, outputs of the third and fourth PLC controllers are connected to an input of the mobile telephone, and outputs of the fifth PLC controller are connected to the recording device.
A security system as claimed in claim 1, wherein the fifth PLC controller is configured and arranged to control the ignition and the solenoid of the fuel pump of a vehicle.
 A method of using a security system comprising the steps of:
providing a security system as claimed in claim 1;
positioning the security system inside a security case, the security case including
an underside having at least one switching element for triggering the alarm and at least one switching element for releasing the power supply;
a satellite communications device connected to the security system and having an antenna for communicating with a satellite locating system; and operating the security system for locating vehicles.
The method of claim 5, wherein when the security case is not in contact with a surface, the at least one switching element for the triggering the alarm triggers the alarm and the at least one switching element for releasing the power supply connects the power supply to at least one of the PLC controllers.
A method for operating a security system comprising the steps of:

Samy Gharb - Rockwell Automation Inc    Document 1                12.13.2010   - 32 -

providing a security system as claimed in claim 1; entering the alarm signal and the alarm information in the PLC controllers into the mobile telephone and digital recording device, which establishes a data set; activating the operating status via the main relay by means of the remote control;
generating an alarm signal via the at least one sensor of the sensor unit; transmitting the alarm signal to the first PLC controller, and from the first PLC controller to the second PLC controller; transmitting the alarm signal at least once to the third, fourth, and fifth PLC controllers, the outputs of which are used to control the mobile telephone and the recording device; and transmitting the data set via the mobile telephone, wherein the data set is compiled from the at least one emergency number stored in the mobile telephone, the emergency message stored in the recording device, and start and initialization signals from the third and fourth PLC controllers.

**34.The Function Blocks are summarized in the following table:**

| PLC Relay No. | Command | Time |
|---|---|---|
| G Q9 | Mobile telephone ON | 01.00 s-02.40 s |
| G Q10 | Pin Code 1 | 06.00 s-01.50 s |
| G Q11 | Pin Code 2 | 08.00 s-01.50 s |
| G Q12 | Pin Code 3 | 10.00 s-01.50 s |
| H Q13 | Pin Code 4 | 12.50 s-01.50 s |
| H Q14 | OK | 14.00 s-01.50 s |
| H Q15 | Emergency number | 16.50 s-01.50 s |
| H Q16 | OK | 18.50 s-01.50 s |
| I Q17 | Start emergency message | 19.90 s-01.70 s |
| I Q18 | Mobile telephone OFF | 55.5s |

**35.Here is my invention of the new technology by use of three device**

**MEMORY OF PLC Programmable Logic Controller**
**MEMORY OF PC**
**MEMORY OF GSM MOBILE PHONE**



US006552654B1

(12) **United States Patent**                    (10) **Patent No.:**        **US 6,552,654 B1**
Gharb                                             (45) **Date of Patent:**    **Apr. 22, 2003**

(54) **SECURITY SYSTEM WITH A MOBILE TELEPHONE**

(76) Inventor:   **Samy Gharb**, Bachtobelstrasse 30, CH-8045 Zurich (CH)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.:   **09/762,111**

(22) PCT Filed:   **May 25, 2000**

(86) PCT No.:     **PCT/CH00/00294**

      § 371 (c)(1),
      (2), (4) Date:   **Apr. 5, 2001**

(87) PCT Pub. No.:   **WO00/74983**

      PCT Pub. Date: **Dec. 14, 2000**

(30)      **Foreign Application Priority Data**

   Jun. 3, 1999   (CH) .............................................. 1042/99

(51) Int. Cl.[7] ...................................................... **B60R 25/10**

(52) U.S. Cl. ....................... **340/426**; 340/998; 340/995; 340/573.1; 340/574; 340/539; 455/345; 455/517

(58) **Field of Search** ...................................... 340/426, 988, 340/995, 573.1, 574, 539, 998; 455/345, 517

(56)                **References Cited**

                U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,497,149 A | * | 3/1996 | Fast ........................... 340/988 |
| 5,731,785 A | * | 3/1998 | Lemelson et al. ...... 340/825.49 |
| 5,805,055 A | * | 9/1998 | Colizza ................... 340/426 |
| 5,898,391 A | * | 4/1999 | Jefferies et al. ............ 340/988 |
| 5,959,529 A | * | 9/1999 | Kail, IV ................... 340/539 |

* cited by examiner

*Primary Examiner*—Daniel J. Wu
*Assistant Examiner*—Hung Nguyen
(74) *Attorney, Agent, or Firm*—Burns, Doane, Swecker & Mathis, L.L.P.

(57)                **ABSTRACT**

A security system is activated by a remote control (A) via a main relay (B) and an alarm signal is generated by a sensor unit (C) with at least one sensor. The alarm signal is processed in the PLC control units (D, F, G, H, I) and with a recording device (K), and the alarm information is transmitted in the form of adata set via a mobile telephone. The PLC control units are client-specifically programmed with a computer (PC) during the start-up process and the information is transmitted to them via a mobile line (50, 51, 52). The invention is suitable for use in the monitoring of vehicles and security cases. In particular, the security device can be integrated into a satellite locating system with which the position can be represented on a monitor.

**10 Claims, 8 Drawing Sheets**



36. The MicroLogix Family of Controllers. PLC Programmable Logic Controllers and GSM
mobile phone

Today's marketplace is more competitive than ever.
Thriving in such an environment means using the best tools and technologies the world has to
offer. All over the globe, companies requiring compact controllers look to the Allen-BradleyR
MicroLogix™ family of controllers from Rockwell Automation With five controller versions to
choose from, you'll find a wide variety of features to suit most applications

The products of PLC15 MicroLogix
PROGRAMMABLE LOGIC CONTROLLERS
MicroLogix 1100 Controllers

MicroLogix 1000 Controllers
MicroLogix 1200 Controllers
MicroLogix 1200R Controllers
MicroLogix 1400 Controllers
MicroLogix 1500 LRP Controllers
MicroLogix 1500 LSP Controllers

Whether you're in the market for a cost-effective micro-control solution or a high
performance, expandable micro controller that grows to fit your applications needs,
the PLC MicroLogix family of small programmable controllers keeps you moving.
With five controller types to choose from, you'll find a wide variety of features to
suit most applications. The PLC MicroLogix 1000, 1100, 1200, 1400, and 1500
controllers share a common architecture, and are compatible with the PanelView
family of Allen-Bradley operator interface devices.



The PLC MicroLogix 1000 family provides small, economical programmable controllers. They are
available in configurations of 10 digital I/O (6 inputs and 4 outputs), 16 digital I/O (10 inputs and 6
outputs), 25 I/O (12 digital inputs, 4 analog inputs, 8 digital outputs, and 1 analog output), or 32
digital I/O (20 inputs and 12 outputs) in multiple electrical configurations of digital I/O. The I/O
options and electrical configurations make them ideal for many applications



### 37.PLC Programmable Logic Controllers MicroLogix 1000 without any GSM mobile phone technology

The PLC MicroLogix 1000 can handle a wide variety of big-time applications at 32 I/O or below, while using only a fraction of the space of a full-size controller — at a fraction of the price. And here IS quite clear that the team of Rockwell had no idea about my new technology of using PLC and GSM mobile phone



When you need control, communication and visualization in one compact controller, the PLC MicroLogix 1000 has you covered with greater connectivity and application coverage for the PLC MicroLogix family. . And here is quite clear the team of Rockwell had no idea about my new technology of using PLC and GSM mobile phone

### 38. PLC Programmable Logic Controllers MicroLogix 1200 – 1500 with GSM MOBILE PHONE WITHOUT ANY PATENT RIGHTS

More powerful and flexible than ever, the PLC MicroLogix 1200 can expand up to 136 I/O and 1200R versions provide you with even more control capabilities.



### 39.PLC Programmable Logic Controllers MicroLogix 1400

Take advantage of enhanced communication capabilities and a higher I/O count
with the PLC MicroLogix 1400, while utilizing advanced visualization and control
features.











40. PLC Programmable Logic Controllers MicroLogix and GSM mobile phone.



41.The PLC Programmable Logic Controllers    MicroLogix Programmable Controllers from
Rockwell Automation complements the existing MicroLogix family of small programmable
logic controllers, by combining the features you demand from MicroLogix 1100, such as
Ethernet/IP, online editing, and a built-in LCD, plus enhanced features,such as increased I/O,
faster High Speed Counter/ PTO and communication capabilities.Utilize the built-in LCD
with back lighting to set the Ethernet network configuration, display floating point values on
user configurable display, display OEM logos and view and/or modify any binary or integer
file element.
Program with RSLogix 500 programming software (Version 8.10 and above) as well as new
RSLogix Micro programming software.

42. Logix5000 PLC Programmable Logic Controllers Function Block Diagram.
The term Logix5000 controller refers to any controller that is based on the
Logix5000 operating system, such as:

• CompactLogix controllers
• ControlLogix controllers
• DriveLogix controllers
• FlexLogix controllers
• SoftLogix5800 controllers



43. Using PC keyboard Write-Read/ Store process with Windows in PLC Programmable
Logic Controllers with function block.



44. the team of Rockwell has stolen my invention Store it, with function block in the PLC LOGIX
CPU safety memory for using with GSM mobile phone ready for the costumers without any Patent
rights in USA.

The Logix5000 PLC Task Monitor tool shows the resource utilization of the Logix CPU Only.
Backplane CPU operations.





Logix5000 PLC Programmable logic controller Program a function block diagram
Introduction

45. To make it easier to navigate through a function block routine, divide the
routine into a series of sheets.
• Sheets help you organize and find your function blocks. They do not
affect the order in which the function blocks execute.
• When the routine executes, all the sheets execute.
• In general, use one sheet for each device









46. Each function block uses a tag to store configuration and status information
About the instruction.
When you add function block instruction, RSLogix 5000 PLC software
automatically creates a tag for the block. You can use this tag as is,
rename the tag, or assign a different tag and here is quit clear the team of Rockwell Automation has no
idea about the new technology of use PLC FUNCTION BLOCK WITH GSM MOBILE PHONE.



47. The following **ladder function block** is added to the program to copy the status over
from the card's Input Image.



**SMS_Send Routine**
An SMS is sent by issuing a custom CIP message to the module. The ladder Function block
in PLC below is the recommended procedure to send the SMS using a timer.

Downloads

48. MicroLogix PLC Programmable Logic Controllers and GSM Mobile phone.

Operating System Revision (FRN) 9 for PLC MicroLogix 1100 Controllers (Series B) [ZIP].
Operating System Revision (FRN) 12 for PLC MicroLogix 1200 Controllers [ZIP].
Operating System Revision (FRN) 12 for PLC MicroLogix 1200 R Controllers [ZIP].
Operating System Revision (FRN) 6 for Series a MicroLogix 1400 Controllers [ZIP]
Operating System Revision (FRN) 11 for PLC MicroLogix 1500 LRP Controllers [ZIP].
Operating System Revision (FRN) 11 for PLC  MicroLogix 1500 LSP Controllers [ZIP].
ENI & ENIW Upgrade Utility, Series B (upgrades Series B ENI & ENIW to FRN 2.31) [ZIP].
Free Starter Programming Software for PLC MicroLogix 1000 and 1100


43. The determination the excite volume of the huge damages to my US PATENT 6.552,645
BY OFFER USE SALE WITH PUBLICION IN WEBSITE
IN INTERNET TO THE CUSTOMERS WITHOUT ANY PATENT RIGHTS IN USA AND
EVEN IN CHINA



## Summary of the facts

## Rockwell Automation business from 1993 to 2000

49. Rockwell Automation team has no idea about the new technology of using PLC Programmable Logic Controllers and GSM mobile phone before the year 2001.

1993

The company launches DeviceNet, an open device-level network that quickly becomes the de facto standard in North America.

1994

The Allen-Bradley line of software is merged with the ICOM lines to form Rockwell Software Inc., the world leader in development and support of software for the automation marketplace.

1995

**In this Book of PLC Classic 1785 PLC 5 Family Programmable Controllers was without any GSM mobile phone.**
**Publication 1785 6.6.1 September 1995 PN 955122 47**
**Copyright 1995 Allen Bradley Company, Inc. Printed in USA and at that time no one from the team of Rockwell Automation had no idea about the new technology of using PLC and GSM mobile phone .**

*1997*

*Rockwell story with MicroLogix_1000 PLC Programmable Logic Controllers without any GSM mobile phone*
*(Bulletin 1761 Controllers)*
*Allen-Bradley*



**BASIC**

- MicroLogix 1000 10 I/O
- Programming Cable
- RSLogix 500 Starter
  10 point Programming
  Software
- 24V DC Power Supply

**$299**

1999

Enterprise Technology Group is acquired. A Pittsburgh based software development and consulting company known for client-server Manufacturing Execution Systems (MES) applications.
Rockwell purchases Anorad Corporation, a market-leader in linear motor based precision positioning equipment.
Company acquires Dynapro, expanding human machine interface hardware and software offering.
Acquisition of EJA, a U.K. based firm brings the expertise of the Guardmaster brand to the safety product portfolio.

50. My US Patent No, 6,552.654 for using PLC and GSM mobile phone was published since June 3, 1999.

2000

Rockwell acquires Entek, adding predictive monitoring technology to its automation controls offerings. Acquires Systems Modeling Corporation, known for discrete event and process simulation software and for finite-capacity scheduling software.

2001

Rockwell Automation becomes an independent, publicly traded company using the New York Stock Exchange symbol ROK.
Sequencia acquisition is completed, adding batch control software, services and support.

PLC Programmable Controllers MicroLogix 1500 and 1200 with GSM Mobile phone without any Patent rights or trademark –copyrights in USA from the year 2001

Rockwell Automation has stolen my invention and sold it since 2001 as products with PLC Programmable Logic Controller MICROLOGIX with GSM mobile phone to all the mentioned costumers, over the United States.



Store function block in the PLC LOGIX  CPU safety memory for using with GSM mobile phone ready for the costumers without any Patent Rights in USA.

51. The international classification of my US patent determination as follows

An Internat CL 60R25/10
My US Patent B 60 R VEHICLES,
B 60 B25/06.operating on transmission
25/10.actuating a signalling device
PLC programmable logic controller - GSM a data set for transmission to the mobile telephone
Security system comprising
US CL 340/426 Vehicle.

52. Here is also the direct patent infringement.

I use PC keyboard memory write/read to store my invention with the function blocks in PLC Programmable Logic Controller and GSM mobile phone.
It is strictly not allowed to the team of Rockwell automation to do the same by using PC keyboard and the team of Rockwell Automation must have perception and realize this.



53. Huge damages were caused by using drawing sheets of function blocks -   GSM Mobile phone and claims with pictures every where in the internet.

54.For determination  the exact volume of infringement  all over the united states because  the team of Rockwell Automation are using all the claims and drawing Sheets and Function block sheets  of my US Patent 6,552,654.

55.My US patent for Security system with PLC GSM – 10 claims & 8 drawing sheet for PLC programmable logic controller  – GSM Mobile phone – function blocks in PLC Programmable Logic Controller to use with GSM Mobile Phone.

## US Patent law

28 U.S.C. § 1338. Patents, plant variety protection, copyrights, mask works, designs, trademarks, and unfair competition

35 U.S.C. 271 Infringement of patent.
 (a) Except as otherwise provided in this title, whoever without authority makes, uses, offers to sell, or sells any patented invention, within the United States, or imports into the United States any patented invention during the term of the patent therefore, infringes the patent

35 U.S.C. 284 Damages.

Upon finding for the claimant the court shall award the claimant damages adequate to compensate for the infringement but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court.
When the damages are not found by a jury, the court shall assess them. In either event the court may increase the damages up to three times the amount found or assessed. Increased damages under this paragraph shall not apply to provisional rights under section 154(d) of this title.

56 The team of Rockwell automation has stolen my invention of PLC and GSM mobile and sold – offering using, Rockwell automation must pay for this hug damages.

57.In a polite request I ask  United States District Court Northern District of Illinois to require an amount of compensation of **1.000.000.000 US $** from Mr Keith Nosbusch General Manger Of Rockwell Automation because of infringement of my US Patent 6,554,654 during the period from (2000 – 2010) and for these huge damages to my US Patent.

US Patent holder & International Patent Holder

SAMY GHARB

Kalchbühlstrasse 161
8038 Zürich, Switzerland
E .Mail  samygharb@ymail.com
Tel: 00410792951584
Fax: 00410444821323
Zurich 12.13.2010

Includes
Summary

# SUMMARY



*Allen-Bradley*

**MicroLogix™ 1000
Programmable
Controllers**

*(Bulletin 1761 Controllers)*

# User
# Manual

*without any Gsm mobile phone*



S1,

# Important User Information

Because of the variety of uses for the products described in this publication, those responsible for the application and use of this control equipment must satisfy themselves that all necessary steps have been taken to assure that each application and use meets all performance and safety requirements, including any applicable laws, regulations, codes, and standards.

The illustrations, charts, sample programs and layout examples shown in this guide are intended solely for purposes of example. Since there are many variables and requirements associated with any particular installation, Allen-Bradley does not assume responsibility or liability (to include intellectual property liability) for actual use based on the examples shown in this publication.

Allen-Bradley publication SGI-1.1, Safety Guidelines for the Application, Installation, and Maintenance of Solid-State Control (available from your local Allen-Bradley office), describes some important differences between solid-state equipment and electromechanical devices that should be taken into consideration when applying products such as those described in this publication.

Reproduction of the contents of this copyrighted publication, in whole or in part, without written permission of Allen-Bradley Company, Inc., is prohibited.

Throughout this manual, we use notes to make you aware of safety considerations:

 **Identifies information about practices or circumstances that can lead to personal injury or death, property damage, or economic loss.**

Attention statements help you to:

- identify a hazard
- avoid the hazard
- recognize the consequences

**Note**    *Identifies information that is critical for successful application and understanding of the product.*

SLC 500, SLC 5/01, SLC 5/02, SLC 5/03, SLC 5/04, MicroLogix, DTAM, DTAM Micro, PanelView, RediPANEL, Dataliner, DH+, and Data Highway Plus are trademarks of Rockwell Automation.
PLC-2, PLC-5 are registered trademarks of Rockwell Automation.
A.I. Series and WINtelligent LINX are trademarks of Rockwell Software Inc.

# *Table of Contents*

**Preface** .................................................................. **P–1**
     Who Should Use this Manual ................................................ P–2
     Purpose of this Manual .................................................... P–2
     Common Techniques Used in this Manual ...................................... P–6
     Allen-Bradley Support .................................................... P–6

# **Hardware**

**1**    **Installing Your Controller** ................................................ **1–1**
     Compliance to European Union Directives ...................................... 1–2
     Hardware Overview ...................................................... 1–3
     Master Control Relay ..................................................... 1–4
     Using Surge Suppressors ................................................... 1–8
     Safety Considerations .................................................... 1–11
     Power Considerations .................................................... 1–12
     Preventing Excessive Heat ................................................. 1–13
     Controller Spacing ...................................................... 1–14
     Mounting the Controller .................................................. 1–14

**2**    **Wiring Your Controller** ................................................. **2–1**
     Grounding Guidelines .................................................... 2–2
     Sinking and Sourcing Circuits .............................................. 2–3
     Wiring Recommendations .................................................. 2–4
     Wiring Diagrams, Discrete Input and Output Voltage Ranges ...................... 2–7
     Analog Cable Recommendation .............................................. 2–21
     Minimizing Electrical Noise on Analog Controllers ............................. 2–21
     Wiring Your Analog Channels .............................................. 2–22
     Analog Voltage and Current Input and Output Ranges ........................... 2–23
     Wiring Your Controller for High–Speed Counter Applications .................... 2–24

**3**    **Connecting the System** ................................................. **3–1**
     Connecting the DF1 Protocol ............................................... 3–2
     Connecting to a DH-485 Network ........................................... 3–5
     Connecting the AIC+ ..................................................... 3–9

Establishing Communication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3–17

DeviceNet Communications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3–18

# Programming

**4    Programming Overview** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4–1**

Principles of Machine Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4–2

Understanding File Organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4–4

Understanding How Processor Files are Stored and Accessed . . . . . . . . . . . . . . . . . . . . 4–6

Addressing Data Files . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4–10

Applying Ladder Logics to Your Schematics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4–14

Developing Your Logic Program – A Model . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4–15

**5    Using Analog** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5–1**

I/O Image . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5–2

I/O Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5–3

Input Filter and Update Times . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5–3

Converting Analog Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5–5

**6    Using Basic Instructions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6–1**

About the Basic Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–2

Bit Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–3

Examine if Closed (XIC) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–4

Examine if Open (XIO) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–4

Output Energize (OTE) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–5

Output Latch (OTL) and Output Unlatch (OTU) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–5

One-Shot Rising (OSR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–7

Timer Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–8

Timer On-Delay (TON) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–11

Timer Off-Delay (TOF) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–12

Retentive Timer (RTO) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–14

Counter Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–15

Count Up (CTU) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–18

Count Down (CTD) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–19

Reset (RES) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6–20

Basic Instructions in the Paper Drilling Machine Application Example . . . . . . . . . . . . . 6–21

**7    Using Comparison Instructions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7–1**

About the Comparison Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–2

Comparison Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–2

Equal (EQU) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–3
Not Equal (NEQ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–3
Less Than (LES) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–3
Less Than or Equal (LEQ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–4
Greater Than (GRT) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–4
Greater Than or Equal (GEQ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–4
Masked Comparison for Equal (MEQ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–5
Limit Test (LIM) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7–6
Comparison Instructions in the Paper Drilling Machine Application Example . . . . . . . . 7–8

8   **Using Math Instructions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8–1**
About the Math Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–2
Math Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–2
Add (ADD) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–4
Subtract (SUB) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–5
32-Bit Addition and Subtraction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–6
Multiply (MUL) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–8
Divide (DIV) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–9
Double Divide (DDV) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–10
Clear (CLR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–11
Square Root (SQR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–11
Scale Data (SCL) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8–12
Math Instructions in the Paper Drilling Machine Application Example . . . . . . . . . . . . 8–14

9   **Using Data Handling Instructions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9–1**
About the Data Handling Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–2
Convert to BCD (TOD) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–3
Convert from BCD (FRD) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–5
Decode 4 to 1 of 16 (DCD) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–8
Encode 1 of 16 to 4 (ENC) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–9
Copy File (COP) and Fill File (FLL) Instructions . . . . . . . . . . . . . . . . . . . . . . . 9–10
Move and Logical Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–13
Move (MOV) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–15
Masked Move (MVM) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–16
And (AND) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–18
Or (OR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–19
Exclusive Or (XOR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–20
Not (NOT) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–21
Negate (NEG) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–22
FIFO and LIFO Instructions Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–23
FIFO Load (FFL) and FIFO Unload (FFU) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–25
LIFO Load (LFL) and LIFO Unload (LFU) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9–26

Data Handling Instructions in the Paper Drilling Machine Application Example ...... 9–28

**10    Using Program Flow Control Instructions .................................. 10–1**
About the Program Flow Control Instructions .................................. 10–2
Jump (JMP) and Label (LBL) .................................................. 10–2
Jump to Subroutine (JSR), Subroutine (SBR), and Return (RET) .................. 10–4
Master Control Reset (MCR) .................................................. 10–7
Temporary End (TND) ....................................................... 10–8
Suspend (SUS) .............................................................. 10–8
Immediate Input with Mask (IIM) ............................................. 10–9
Immediate Output with Mask (IOM) .......................................... 10–9
Program Flow Control Instructions in the Paper Drilling Machine
  Application Example ....................................................... 10–10

**11    Using Application Specific Instructions .................................. 11–1**
About the Application Specific Instructions ..................................... 11–2
Bit Shift Instructions Overview ............................................... 11–3
Bit Shift Left (BSL) .......................................................... 11–5
Bit Shift Right (BSR) ........................................................ 11–6
Sequencer Instructions Overview ............................................. 11–7
Sequencer Output (SQO) and Sequencer Compare (SQC) ........................ 11–7
Sequencer Load (SQL) ....................................................... 11–13
Selectable Timed Interrupt (STI) Function Overview ........................... 11–15
Selectable Timed Disable (STD) and Enable (STE) ............................. 11–18
Selectable Timed Start (STS) ................................................. 11–20
Interrupt Subroutine (INT) ................................................... 11–20
Application Specific Instructions in the Paper Drilling Machine
  Application Example ....................................................... 11–21

**12    Using High-Speed Counter Instructions .................................. 12–1**
About the High-Speed Counter Instructions ..................................... 12–2
High-Speed Counter Instructions Overview ..................................... 12–3
High-Speed Counter (HSC) ................................................... 12–6
High-Speed Counter Load (HSL) .............................................. 12-18
High-Speed Counter Reset (RES) .............................................. 12–21
High-Speed Counter Reset Accumulator (RAC) ................................. 12–22
High-Speed Counter Interrupt Enable (HSE) and Disable (HSD) ................. 12–23
Update High-Speed Counter Image Accumulator (OTE) ........................ 12–24
What Happens to the HSC When Going to REM Run Mode .................... 12–25
High-Speed Counter Instructions in the Paper Drilling Machine
  Application Example ....................................................... 12–29



**Allen-Bradley**

**Enhanced
PLC-5
Programmable
Controller**

**Quick Start**

*(Cat. No. 1785-L11B,
-L20B, -L30B, -L40B,
-L40L, -L60B, -L60L,
-L80B)*

without any GSm mobile Phone

1998

52

**Important User Information**

Because of the variety of uses for the products described in this publication, those responsible for the application and use of this control equipment must satisfy themselves that all necessary steps have been taken to assure that each application and use meets all performance and safety requirements, including any applicable laws, regulations, codes and standards.

The illustrations, charts, sample programs and layout examples shown in this guide are intended solely for purposes of example. Since there are many variables and requirements associated with any particular installation, Allen-Bradley does not assume responsibility or liability (to include intellectual property liability) for actual use based upon the examples shown in this publication.

Allen-Bradley publication SGI-1.1, *Safety Guidelines for the Application, Installation, and Maintenance of Solid-State Control* (available from your local Allen-Bradley office), describes some important differences between solid-state equipment and electromechanical devices that should be taken into consideration when applying products such as those described in this publication.

Reproduction of the contents of this copyrighted publication, in whole or in part, without written permission of Allen-Bradley Company, Inc., is prohibited.

Throughout this manual we use notes to make you aware of safety considerations:

 **ATTENTION:** Identifies information about practices or circumstances that can lead to personal injury or death, property damage or economic loss.

Attention statements help you to:

- identify a hazard
- avoid the hazard
- recognize the consequences

**Important:** Identifies information that is critical for successful application and understanding of the product.

PLC, PLC-5/11, -5/20, -5/30, -5/40, -5/40L, -5/60, -5/80, PLC-5, and DH+ are trademarks of Allen-Bradley Company, Inc.

# Preface

Read this preface to familiarize yourself with the rest of the manual. This preface covers the following topics:

- who should use this manual
- the purpose of this manual
- how to use this manual
- conventions used in this manual
- Rockwell Automation support

**Who Should Use This Manual**

To use this manual, you should understand programmable controllers and be able to interpret the ladder logic instructions required to control your application. For more information, see the documents listed on the following page or contact your local Rockwell Automation representative.

**Purpose of This Manual**

This manual is for users of the Enhanced PLC-5® processor. It:

- presents you with the basic information you need to get your system up and running
- provides "memory jogger" information, such as specific bit and switch settings for modules
- includes high-level procedures with cross-references to other manuals for more detail

**How to Obtain a User Manual**

There is a user manual associated with this product that contains detailed information about configuring, programming, and using a PLC-5 processor. To obtain a copy of the Enhanced and Ethernet PLC-5 Programmable Controllers User Manual, publication number 1785-6.5.12, you can either:

- view or download an electronic version from the internet: www.theautomationbookstore.com
- purchase a hardcopy from the internet: www.theautomationbookstore.com
- contact your local distributor or Rockwell Automation representative to place an order.

See the table on the next page for other related publications.

Publication 1785-10.4 - November 1998

### Related Documentation

The following documents contain additional information concerning the products discussed in this manual.

| For more information about: | See this document: | Publication number: |
|---|---|---|
| Enhanced PLC-5 programmable controllers | Enhanced and Ethernet PLC-5 Programmable Controllers User Manual | 1785-6.5.12 |
| Universal 1771 I/O chassis | Universal I/O Chassis Installation Instructions | 1771-2.210 |
| power supply | Power Supply Modules (1771-P4S, -P6S, -P4S1, -P6S1) Installation Instructions | 1771-2.135 |
| DH+® network | Enhanced and Ethernet PLC-5 Programmable Controllers User Manual | 1785-6.5.12 |
| | Data Highway/Data Highway Plus/Data Highway II/Data Highway-485 Cable Installation Instructions | 1770-6.2.2 |
| communication cards | 1784-KT*x* Communication Interface Card User Manual | 1784-6.5.22 |
| | Allen-Bradley Publication Index (for your specific communication card) | SD499 |
| cables | Enhanced and Ethernet PLC-5 Programmable Controllers User Manual | 1785-6.5.12 |
| batteries | Allen-Bradley Guidelines for Lithium Battery Handling and Disposal | AG-5.4 |
| grounding and wiring Allen-Bradley programmable controllers | Allen-Bradley Programmable Controller Wiring and Grounding Guidelines | 1770-4.1 |
| current Allen-Bradley documentation, including ordering instructions | Allen-Bradley Publication Index | SD499 |
| terms and definitions | Allen-Bradley Industrial Automation Glossary | AG-7.1 |

## Common Techniques Used in This Manual

We use the following conventions throughout this manual:

- Bulleted lists provide information, not procedural steps.

- Numbered lists provide sequential steps or hierarchical information.



We use this symbol to indicate additional references you can use when you need more information about a particular topic.

**Rockwell Automation Support**

Rockwell Automation offers support services worldwide, with over 75 sales/support offices, 512 authorized distributors, and 260 authorized systems integrators located throughout the United States alone, plus Rockwell Automation representatives in every major country in the world.

### Local Product Support

Contact your local Rockwell Automation representative for:

- sales and order support
- product technical training
- warranty support
- support service agreements

### Technical Product Assistance

If you need to contact Rockwell Automation for technical assistance, call your local Rockwell Automation representative.

### Your Questions or Comments about This Manual

If you discover a problem with this manual, please notify us of it by completing and sending the enclosed Publication Problem Report (at the back of this manual).

If you have any suggestions about how we can make this manual more useful to you, please contact us at the address below:

Allen-Bradley Company, Inc.
Automation Group
Technical Communication
1 Allen-Bradley Drive
Mayfield Heights, OH 44124-6118

Telephone: (440) 646-5000

FAX: (440) 646-4320

## *Table of Contents*

**Overview**

**Chapter 1**
What You Need to Do . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-1
Identifying the Processor's Front Panel Components . . . . . . . . . . . . . . 1-2
Components You Need . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-4
Compliance to European Union Directives . . . . . . . . . . . . . . . . . . . . . . 1-4
    EMC Directive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-4
    Low Voltage Directive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-4

**Set up the Hardware**

**Chapter 2**
Install the Hardware . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-2
    Configure the I/O Chassis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-2
    Ground the I/O Chassis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-4
    Install the Power Supply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-4
    Install the PLC-5 Processor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-5
    Power Up the System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-6
    Install the I/O Modules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-6
Connect the Personal Computer to the PLC-5 Processor . . . . . . . . . . . 2-6

**Set up the Software**

**Chapter 3**
Install the Software and Set Up the Programming System . . . . . . . . . . 3-1
Start the Programming Software . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-1
Power Up the System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-2

**Troubleshoot the Processor System**

**Chapter 4**
Use the PLC-5 Processor Status Indicators . . . . . . . . . . . . . . . . . . . . . 4-1
    Troubleshoot General Problems . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-1
    Troubleshoot the Processor Communication Channels . . . . . . . . . . 4-2

**Specifications**

**Appendix A**
General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-1
Battery Specification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-2
    Battery Type . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-2
    Average Battery Lifetime Specifications . . . . . . . . . . . . . . . . . . . . . A-2
Processor Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-3

**Chapter** *1*

# Overview

This quick start is designed to provide you with the information you need to get your system up and running quickly. Use this document if you are knowledgeable about Enhanced PLC-5 products, but may not have used one or more of them recently. The information we provide is geared to "jog your memory".

**What You Need to Do**

If you need more information, see the Enhanced and Ethernet PLC-5 Programmable Controllers User Manual, publication number 1785-6.5.12 (see page P-1 for information about how to obtain a copy of this manual).

*Set up the Hardware
(Chapter 2)*

*Set up the Software
(Chapter 3)*

*Troubleshoot the
Processor System
(Chapter 4)*



 **Rockwell** Automation

Rockwell Automation helps its customers receive a superior return on their investment by bringing together leading brands in industrial automation, creating a broad spectrum of easy-to-integrate products. These are supported by local technical resources available worldwide, a global network of system solutions providers, and the advanced technology resources of Rockwell.



**Worldwide representation.**

Argentina • Australia • Austria • Bahrain • Belgium • Bolivia • Brazil • Bulgaria • Canada • Chile • China, Peoples Republic of • Colombia • Costa Rica • Croatia • Cyprus Czech Republic • Denmark • Dominican Republic • Ecuador • Egypt • El Salvador • Finland • France • Germany • Ghana • Greece • Guatemala • Honduras • Hong Kong Hungary • Iceland • India • Indonesia • Iran • Ireland • Israel • Italy • Jamaica • Japan • Jordan • Korea • Kuwait • Lebanon • Macau • Malaysia • Malta • Mexico Morocco • The Netherlands • New Zealand • Nigeria • Norway • Oman • Pakistan • Panama • Peru • Philippines • Poland • Portugal • Puerto Rico • Qatar • Romania • Russia Saudi Arabia • Singapore • Slovakia • Slovenia • South Africa, Republic of • Spain • Sweden • Switzerland • Taiwan • Thailand • Trinidad • Tunisia • Turkey • United Arab Emirates United Kingdom • United States • Uruguay • Venezuela

Rockwell Automation Headquarters, 1201 South Second Street, Milwaukee, WI 53204 USA, Tel: (1) 414 382-2000, Fax: (1) 414 382-4444
Rockwell Automation European Headquarters SA/NV, avenue Hermann Debroux,lan, 46, 1160 Brussels, Belgium, Tel: (32) 2 663 06 00, Fax: (32) 2 663 06 40
Rockwell Automation Asia Pacific Headquarters, 27/F Citicorp Centre, 18 Whitfield Road, Causeway Bay, Hong Kong, Tel: (852) 2887 4788, Fax: (852) 2508 1846

Publication 1785-10.4 - November 1998
Supersedes Publication 1785-10.4 - December 1996

PN 955133-87
© 1998 Rockwell International Corp. All Rights Reserved. Printed in USA

US006552654B1

(12) **United States Patent**　(10) **Patent No.:** **US 6,552,654 B1**

Gharb　(45) **Date of Patent:** **Apr. 22, 2003**

(54) **SECURITY SYSTEM WITH A MOBILE TELEPHONE**

(76) Inventor: **Samy Gharb**, Bachtobelstrasse 30, CH-8045 Zurich (CH)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/762,111**

(22) PCT Filed: **May 25, 2000**

(86) PCT No.: **PCT/CH00/00294**

§ 371 (c)(1),
(2), (4) Date: **Apr. 5, 2001**

(87) PCT Pub. No.: **WO00/74983**

PCT Pub. Date: **Dec. 14, 2000**

(30)　　**Foreign Application Priority Data**

Jun. 3, 1999　(CH) .............................................. 1042/99

(51) Int. Cl.⁷ .............................................. **B60R 25/10**

(52) U.S. Cl. ........................ **340/426**; 340/998; 340/995; 340/573.1; 340/574; 340/539; 455/345; 455/517

(58) Field of Search ................................. 340/426, 988, 340/995, 573.1, 574, 539, 998; 455/345, 517

(56)　　　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,497,149 A | * | 3/1996 | Fast ............................ 340/988 |
| 5,731,785 A | * | 3/1998 | Lemelson et al. ..... 340/825.49 |
| 5,805,055 A | * | 9/1998 | Colizza ..................... 340/426 |
| 5,898,391 A | * | 4/1999 | Jefferies et al. ......... 340/988 |
| 5,959,529 A | * | 9/1999 | Kail, IV ................... 340/539 |

* cited by examiner

*Primary Examiner*—Daniel J. Wu
*Assistant Examiner*—Hung Nguyen
(74) *Attorney, Agent, or Firm*—Burns, Doane, Swecker & Mathis, L.L.P.

(57)　　　　　**ABSTRACT**

A security system is activated by a remote control (A) via a main relay (B) and an alarm signal is generated by a sensor unit (C) with at least one sensor. The alarm signal is processed in the PLC control units (D, F, G, H, I) and with a recording device (K), and the alarm information is transmitted in the form of a data set via a mobile telephone. The PLC control units are client-specifically programmed with a computer (PC) during the start-up process and the information is transmitted to them via a mobile line (50, 51, 52). The invention is suitable for use in the monitoring of vehicles and security cases. In particular, the security device can be integrated into a satellite locating system with which the position can be represented on a monitor.

**10 Claims, 8 Drawing Sheets**



S3



FIG. 1

Case: 1:11-cv-00405 Document #: 8 Filed: 03/22/11 Page 66 of 90 PageID #:162



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

Case: 1:11-cv-00405 Document #: 8 Filed: 03/22/11 Page 72 of 90 PageID #:168



FIG. 8

US 6,552,654 B1

# SECURITY SYSTEM WITH A MOBILE TELEPHONE

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The invention relates to a security system with a mobile telephone for monitoring objects, in particular vehicles and security cases, and a method for operating such a system.

### 2. Brief Description of the Related Art

The monitoring or protecting of objects, in particular vehicles and security cases, is becoming more and more important today.

Various security systems are known for protecting vehicles, for example, alarm systems with automatic alarm triggering, at the onset of which a loud horn signal is heard if unauthorized persons attempt to enter the vehicle. But if an unauthorized person is successful in deactivating the alarm system, the vehicle may be stolen, and its recovery frequently becomes an insurmountable problem.

## SUMMARY OF THE INVENTION

It is the objective of the invention at hand to propose a security system in which the alarm is reported via a mobile telephone connection.

A further objective is to describe a method for operating a system in which a satellite locating system is included for locating the vehicle.

Still other objects, features, and attendant advantages of the present invention will become apparent to those skilled in the art from a reading of the following detailed description of embodiments constructed in accordance therewith, taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention of the present application will now be described in more detail with reference to preferred embodiments of the apparatus and method, given only by way of example, and with reference to the accompanying drawings, in which:

FIG. 1 is shows a schematic portrayal of a security system with a mobile telephone.

FIG. 2 shows an overview circuit diagram of the PLC (Programmable Logic Controller) controller D.

FIG. 3 shows an overview circuit diagram of the PLC controller F.

FIG. 4 shows an overview circuit diagram of the PLC controller G.

FIG. 5 shows an overview circuit diagram of the PLC controller H.

FIG. 6 shows an overview circuit diagram of the PLC controller I.

FIG. 7 shows a security system with mobile telephone, integrated into a satellite locating system.

FIG. 8 shows a security system with mobile telephone, integrated into a security case.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to the drawing figures, like reference numerals designate identical or corresponding elements throughout the several figures.

FIG. 1 shows a schematic portrayal of a security system with a mobile telephone, for example, by Natel.

A main relay B is located on the input side at the 12 V power supply of a motor vehicle, while the outputs are connected with a first PLC (Programmable Logic Controller) controller D, transmit to it, and provide it with outputs Q1 to Q4. The main relay B is controlled by mean of a remote control A of a known type via an infrared interface, and is not described in detail.

The PLC controller D is used essentially to trigger the start of the alarm functions. For alarm detection, one or more of the sensors are combined into a sensor unit C. For this purpose, known proximity sensors (IR sensors) are provided as sensors and are located in the vehicle in such a way that they are able to emit an output signal as an alarm signal upon a door opening or window opening. As a rule, one sensor of this type is provided per door. For clarity, FIG. 1 shows only one sensor of this type. If several sensors are present, the outputs are switched in parallel.

Output Q1 is connected with the sensor unit C and emits the start signal for the operating readiness of the sensors.

Output Q2 is also connected with the control unit C and provides the start signal for the operating readiness of the sensors at night, which is accomplished via a timer and will be described later.

The time windows for operating readiness during the day and at night are individually freely selected by means of outputs Q1 and Q2; this results in high flexibility and is of great importance for low-cost system operation.

The sensor unit C is connected via lines 23 and 24 with the PLC controller D; i.e., the sensors are hereby kept active or passive within certain time windows. Line 23 transmits the start alarm signal of the sensor(s) of the sensor unit C for 30 seconds. Line 24, which connects output Q4 with the sensor unit, transmits the command alarm signal for 6 hours, so that an alarm signal can be actively transmitted within this time window.

The alarm signal that is supplied simultaneously via lines 24 and 27 to a second PLC controller F and a fifth PLC controller I is present at output Q4.

The PLC controller F with outputs Q5–Q8 is essentially used for alarm repetition or repeating the alarm signal. If, due to a busy mobile telephone connection, the alarm information cannot be transmitted, it is automatically repeated one or more times. Outputs Q5 and Q6 are provided, for example, for a first and second repetition, whereby the corresponding outputs are connected via lines 28 and 29 with a third PLC controller G, which is provided with outputs Q9–Q12.

Lines 28 and 29 are connected simultaneously with a fourth PLC controller H with outputs Q13–Q16 located parallel to PLC controller G and with a fifth PLC controller I with outputs Q17–Q20.

Outputs Q7 and Q8 provide the start signals for the repetition or respectively for the suppression of a repetition, i.e., Q7 for alarm signal No. 2 during the day and Q8 for suppressing alarm signal No. 2 at night.

PLC controllers G, H, and I essentially used to activate a mobile telephone J and a digital recording device K as well as several other functions related to the vehicle, i.e., ignition and fuel pump.

Outputs Q9 to Q15 provide the four pieces of information necessary for starting the mobile telephone; i.e., at the output Q9 the command "mobile telephone ON," at output Q10 the command "1—code," at output Q11 the command "2—code," at output Q12 the command "3—OK," and at output Q15 the command "4—emergency number."

US 6,552,654 B1

**3**

Output Q17 is connected with the digital recording device K, in which the emergency message is stored, retrieved, and can be transmitted to the mobile telephone J. Output Q18 transmits the command "mobile telephone OFF."

Outputs Q19 or Q20, respectively, are used in case of an alarm to interrupt the power supply to the fuel pump V or respectively to the ignition N, whereby the display lamps L2 (red) and L1 (green) arranged in the corresponding circuits are no longer illuminated.

Naturally, the PLC controllers F, G, H, and I, the mobile telephone J, and the recording device K are also supplied over the same 12 V supply, which is only partially indicated.

All components of the security system except for the remote control are located in the vehicle at inconspicuous, barely visible places.

If, in case of an alarm, at least one of the sensors responds, the power supply to the fuel pump and ignition is interrupted, the emergency number is dialed in the mobile telephone, and the emergency text is transmitted. If the line is busy, the alarm information is repeated once or several times in freely selectable intervals, for example, every two minutes.

FIG. 1 furthermore shows a computer PC (Personal Computer) that is connected via mobile lines 50, 51, and 52 with PLC controllers D, F, and G, H, I. All necessary information for programming the PLC controllers from the PC or PC database are read via these lines, and the PC system is then disconnected from the security system. In this manner, the security system is programmed at the initial startup, so that customer preferences can easily be taken into consideration.

FIG. 2 shows the overview circuit diagram of the PLC controller D. A first timer function B01 or the block No. B01 defines a time window from 00.00 to 06.00, in which output Q1 is on "HIGH." Analogously, output Q2 is on 'HIGH' for a second timer function B02 in a time window from 06.01 to 23.59. Blocks No. B03 to B06 contain on and off switching functions.

FIGS. 3 to 6 show the overview circuit diagrams of the PLC controllers F, G, H, and I. Analogously to FIG. 2, they contain already described known functions, such as time functions and on/off functions (relays), and are not described in more detail.

In an exemplary embodiment that corresponds to FIG. 1 in its construction and is provided as a security system for a vehicle, five PLC controllers, a mobile telephone, and a digital recording device are used as control units.

The control functions are summarized in the following table:

| PLC | Relay No. | Command | Time |
|---|---|---|---|
| D | Q1 | System ON/OFF at night | 00.00 H–05.59 H |
| D | Q2 | System ON/OFF during the day | 06.00 H–11.59 H |
| D | Q3 | Res. | |
| D | Q4 | Alarm signal for 6 h | 01.00 s–06.00 H |
| F | Q5 | Alarm signal No. 1 | 01.00 s–53.00 s |
| F | Q6 | Alarm signal No. 2 | 01.00 m–01.53 m |
| F | Q7 | Alarm signal No. 2 ON/OFF (NOR circuit) | |
| F | Q8 | No alarm signal No. 2 | 00.00 H–05.59 H |
| G | Q9 | Mobile telephone ON | 01.00 s–02.40 s |
| G | Q10 | Pin Code 1 | 06.00 s–01.50 s |
| G | Q11 | Pin Code 2 | 08.00 s–01.50 s |
| G | Q12 | Pin Code 3 | 10.00 s–01.50 s |

**4**

-continued

| PLC | Relay No. | Command | Time |
|---|---|---|---|
| H | Q13 | Pin Code 4 | 12.50 s–01.50 s |
| H | Q14 | OK | 14.00 s–01.50 s |
| H | Q15 | Emergency number | 16.50 s–01.50 s |
| H | Q16 | OK | 18.50 s–01.50 s |
| I | Q17 | Start emergency message | 19.90 s–01.70 s |
| I | Q18 | Mobile telephone OFF | 55.50 s–02.50 s |
| I | Q19 | Solenoid ON (AND circuit) | |
| I | Q20 | Ignition OFF (NOR circuit) | |

One use of the security system with a mobile telephone according to the invention is in the localization of vehicles via a satellite locating system. A known system of this type is offered by Eutelsat under the name "EUTELTRACS-SYSTEM" and permits the determination of the location of vehicles with an accuracy of 100 meters (Ref. QTRACKS/400 system software for AS/400 computer systems by IBM).

FIG. 7 shows the security system with mobile telephone integrated into a satellite locating system.

A system for mobile satellite communications for vehicles is known under the name EUTELTRACS. Two geostationary EUTEL satellites, i.e., a communications satellite 10 and a positioning satellite 11 with a coverage of all of Western and Eastern Europe, the Mediterranean region, and the Middle East continuously send and receive messages sent by the mobile devices 12 and the terrestrial station 13 to the respective recipient. The positions of vehicles are thereby determined with an accuracy of 100 m. The terrestrial station is in communication with a service provider 14 who transmits all messages and positioning messages via terrestrial networks or satellite networks to the end customer. The latter has a Dispo-PC 15, i.e., a computer with screen on which a position can be displayed. This EUTELTRACS system is not described here in any more detail.

According to the invention, the security system 16 with mobile telephone is now built into the mobile device 12, which, as a rule, is a road vehicle, but also may be, for example, a motor yacht.

Should an alarm occur, the end customer is notified by mobile telephone on a telephone 17. He then turns on his PC 15, selects the position display, and is then able to initiate the tracking.

This makes it possible after an alarm to locate a stolen vehicle via the service provider on the screen of a PC, for example, in the street grid of a major city, and to track it.

FIG. 8 shows a security system with mobile telephone integrated into a security case for monitoring in a satellite locating system.

The components of the security system already described for FIG. 1, such as the main relay B, the PLC controllers D, F, G, H, I, the recording device K, and the mobile telephone J are built into a security case 1. A power supply 2 is connected on one side to the mobile telephone, the main relay, and a satellite communications device M, and on the other side via a switching element 3 to the PLC controllers. The switching element is attached inconspicuously on the underside of the security case and is constructed in such a way as a switch that the contact is closed when the security case is off the floor. Also on the underside of the security case is another switching element 4 that is connected to the power supply and activates it when it is picked up, thus starting the entire security system. For redundancy, several

US 6,552,654 B1

5

switching elements 3 and 4 may be provided. The security case is activated with a remote control A. All components are integrated in a side, the top, or the bottom of the case in a low-profile construction style, so that sufficient room for documents or similar items is left in the case itself.

From the satellite communications device M, an antenna cable leads to the antenna 8 that is provided for the reception of satellite signals. The antenna is mounted below the case top and not visible from the outside. A short antenna 9 of the mobile telephone J which is integrated, for example, into an edge element of the case, also is barely visible. The location of the case is continuously monitored on an IBM AS/400 computer system via the satellite communications device M and the already mentioned QTRACKS/400 system software (location display).

This fulfills a central condition for re-locating a security case.

While the invention has been described in detail with reference to preferred embodiments thereof, it will be apparent to one skilled in the art that various changes can be made, and equivalents employed, without departing from the scope of the invention. Each of the aforementioned documents is incorporated by reference herein in its entirety.

What is claimed is:

1. A security system for monitoring objects, comprising:
a digital recording device having at least one emergency message; and
a mobile telephone having at least one preselected emergency number;
a first Programmable Logic Controller (PLC) controller for initiating monitoring;
a second PLC controller for repeating an alarm signal; and third, fourth, and fifth PLC controllers for activating a mobile telephone and a digital recording device;
at least one sensor for generating an alarm state connected to the first PLC controller;
a main relay for controlling the first PLC controller and which can be operated by a remote control;
a computer having mobile lines connectable to the five PLC controllers for programming the five PLC controllers; and
a data set for transmission to the mobile telephone including alarm information;
wherein the second PLC controller repeats the alarm signal if the line dialed by the mobile telephone in case of an alarm, is busy; and
wherein each time the second PLC controller repeats the alarm signal, the third, fourth and fifth PLC controllers activate the mobile telephone and the digital recording device.

2. A security system as claimed in claim 1, wherein the data set comprises a start signal, the at least one emergency number, and the at least one emergency message.

3. A security system as claimed in claim 1, wherein each of the controllers includes inputs and outputs, and wherein the outputs of the first PLC controller are connected to an input of the second PLC controller and of the fifth PLC controller, outputs of the second PLC controller are connected to inputs of the third, fourth, and fifth PLC controllers, outputs of the third and fourth PLC controllers are connected to an input of the mobile telephone, and outputs of the fifth PLC controller are connected to the recording device.

4. A security system as claimed in claim 1, wherein the fifth PLC controller is configured and arranged to control the ignition and the solenoid of the fuel pump of a vehicle.

6

5. A method of using a security system comprising the steps of:
providing a security system as claimed in claim 1;
positioning the security system inside a security case, the security case including
an underside having at least one switching element for triggering the alarm and at least one switching element for releasing the power supply;
a satellite communications device connected to the security system and having an antenna for communicating with a satellite locating system; and
operating the security system for locating vehicles.

6. The method of claim 5, wherein when the security case is not in contact with a surface, the at least one switching element for the triggering the alarm triggers the alarm and the at least one switching element for releasing the power supply connects the power supply to at least one of the PLC controllers.

7. A method for operating a security system comprising the steps of:
providing a security system as claimed in claim 1;
entering the alarm signal and the alarm information in the PLC controllers into the mobile telephone and digital recording device, which establishes a data set;
activating the operating status via the main relay by means of the remote control;
generating an alarm signal via the at least one sensor of the sensor unit;
transmitting the alarm signal to the first PLC controller, and from the first PLC controller to the second PLC controller;
transmitting the alarm signal at least once to the third, fourth, and fifth PLC controllers, the outputs of which are used to control the mobile telephone and the recording device; and
transmitting the data set via the mobile telephone, wherein the data set is compiled from the at least one emergency number stored in the mobile telephone, the emergency message stored in the recording device, and start and initialization signals from the third and fourth PLC controllers.

8. A method as claimed in claim 7, further comprising the steps of:
operably connecting the security system to a vehicle having an ignition power supply and a fuel pump solenoid;
interrupting the vehicle ignition power supply; and
blocking the fuel pump solenoid.

9. A method as claimed in claim 7, further comprising the step of:
repeating the alarm signal in the second PLC controller at least once if the line dialed in case of an alarm by the mobile telephone is busy, to cause the line to be redialed.

10. A method as claimed in claim 7, further comprising the steps of:
operably connecting the security system to a vehicle having a power supply;
supplying the security system with power via the vehicle power supply, except for the remote control that is operated externally and with a battery.

* * * * *



**Allen-Bradley**

**White Paper**

PLe

**MicroLogix™ 1200 and 1500**

**Utilizing GSM RTU's**

mobile Phone



**Rockwell Automation**

Bringing Together Leading Brands in Industrial Automation

S4

## MicroLogix 1200 and 1500 Utilizing GSM RTU's



### Take Control with MicroLogix 1200

The MicroLogix 1200 controllers are truly micro in size. With a footprint as small as 3.52" X 4.33" (90mm X 110mm), they are ideal for control projects where panel space is a challenge. The MicroLogix 1200 makes use of discrete and analog expansion I/O modules (providing up to 88 points) for a lot of application flexibility. Removable I/O labels with a write-on area make for easy field device identification to reduce valuable troubleshooting and maintenance time. The finger-safe terminal blocks for safe operation meet global safety standards. The MicroLogix 1200 boasts a large 6K memory, with 4K words available for user programs and configurable 2K words for user data. This feature of the MicroLogix 1200 expands application coverage by allowing data elements to be selected according to individual application requirements.

### Expand Your Choices with MicroLogix 1500

The MicroLogix 1500 has more robust features for a controller this size. It supports up to 12K of onboard non-volatile user memory to accommodate complex application program, with additional memory for applications that require data logging. Additionally, the controller's terminal blocks are removable, "finger-safe" NEMA-style blocks. And because it can be either DIN rail or panel mounted, the MicroLogix 1500 takes up a fraction of the space of larger controllers while reducing overall application costs.

Communications are flexible for the MicroLogix 1500 as well. DH-485 and DeviceNet™ capability are available via add-on communication modules, and DF1™ Full-Duplex and Half-Duplex Slave is perfect for SCADA applications. Ethernet® and ControlNet™ connectivity are available via a wide range of bridge products. Modbus RTU Slave capability simplifies integration into SCADA/RTU installations with the use ModBus.

The MicroLogix 1500 is programmed using the RSLogix™ 500 programming environment. The instruction set is compatible with all MicroLogix as well as SLC controllers.

PLC

# MicroLogix 1500 and 1200 utilized as GSM RTU's

The advanced ASCII communication capabilities available in MicroLogix 1200 and 1500 controllers can be utilized in various applications. MicroLogix systems have been implemented in Australia communicating via GSM Modems over standard cell phone networks.

The 900/1800MHZ band GSM, (and now CDMA) cell phone network in Australia supports SMS (Short Message Service) text messaging. By configuring MicroLogix 1200 and 1500 units to a GSM Modem, the ASCII Read/Write and String Compare functions can send and receive text messages from Mobile phones anywhere in Australia within the GSM/CDMA network.

The installed controllers are being used to sense alarm and status information, which in turn, is transmitted to a cell phone number upon a pre-condition occurrence in memory. The text message transmitted appears on the receiver's cell phone display in a similar method to an alphanumeric pager.

While not implemented in our current installations, the receiver could also enter text on their cell phone and transmit back to the controller. The controller upon receipt of this message could decode the sender's phone number and also the message and perform a string comparison to find an identical string of text in memory. Once found, the controller could take appropriate action within it's program, such as turning devices on or off.

This would enable operators to respond to some low level alarms from a remote location via cell phone, and take appropriate action such as clearing or acknowledging low level alarms.

If the SIM card contained within the GSM modem (connected to the Micro) is data enabled, it could also log on and program the MicroLogix over the cell phone network at 9600 baud. (This has already been successfully demonstrated.)

There are current successful installations of both MicroLogix 1500 and 1200 units implemented as RTU's running off of GSM modems transmitting text to operator's cell phones.



**Figure 1. A basic MicroLogix configuration.**



The system displayed would recognize a fault and initiate a text message to the modem and to the SMS message service. The modem currently being used can also be powered via solar cells in remote areas, and also supports voice lines as well. Similar functionality is also available on several other Allen-Bradley PLC platforms.

**Reach us now at www.rockwellautomation.com**

Wherever you need us, Rockwell Automation brings together leading brands in industrial automation including Allen-Bradley controls, Reliance Electric power transmission products, Dodge mechanical power transmission components, and Rockwell Software. Rockwell Automation's unique, flexible approach to helping customers achieve a competitive advantage is supported by thousands of authorized partners, distributors and system integrators around the world.

**Americas Headquarters,** 1201 South Second Street, Milwaukee, WI 53204, USA, Tel: (1) 414 382-2000, Fax: (1) 414 382-4444
**European Headquarters SA/NV,** avenue Herrmann Debroux, 46, 1160 Brussels, Belgium, Tel: (32) 2 663 06 00, Fax: (32) 2 663 06 40
**Asia Pacific Headquarters,** 27/F Citicorp Centre, 18 Whitfield Road, Causeway Bay, Hong Kong, Tel: (852) 2887 4788, Fax: (852) 2508 1846

**Rockwell Automation**

Publication 1764-WP002A-EN-E © 2001 Rockwell International. All Rights Reserved. Printed in







*The new MicroLogix 1000 control system to provide factory-floor networking and reduce production problems. You'll find the MicroLogix 1000 is ideal in a number of applications from vehicle/automotive and SCADA, to packaging and material handling.*

# 1000



Are you looking for a compact and inexpensive micro controller? You'll find what you're looking for with the MicroLogix 1000 controllers. These small, economical programmable controllers offer several I/O configurations and are available in 17 different models. With footprints as small as 120mm x 80mm x 40mm (4.72" x 3.15" x 1.57"), the MicroLogix 1000 controllers are ideal for tight spaces that require up to 32 points of I/O. You'll get a high-speed controller with advanced networking capabilities and a full suite of control solutions.

## Benefits

The MicroLogix 1000 micro-PLC can handle a wide variety of logging applications at $4,319 or below, while using only a fraction of the space of a full-size controller – at a fraction of the price. Here are a few reasons why you can choose them with confidence.

- Preconfigured 1K programming and data memory lets you configure bit, integer, timers, counters, etc.

- Fast processing allows for fast typical throughput time of 1.5 ms for a 500-instruction program

- Built-in EEPROM memory retains all of your ladder logic and data if the controller loses power, eliminating the need for battery backup or separate memory module

- Multiple input contains allow you to use the controller for either sinking or sourcing input devices and multiple output contains provide isolation in multi-voltage output applications

- RS-232 communication channel allows for simple connectivity to a personal computer for program upload, download and monitoring using multiple protocols, including DF1 Full-Duplex

- DF1 slave protocol support using DF1 Half-Duplex Slave allows up to 255 nodes to communicate with a single master using radio modem, leased-line modems or satellite optics

- Peer-to-peer messaging capability allows you to network up to 32 controllers on DH-485 (using a 1761-NET-AIC module)

- Advanced communications networks, including DeviceNet and EtherNet/IP through the 1761-NET-DNI and 1761-NET-ENI communication modules

- Controls so that have 24V dc inputs include a built-in high-speed contact (6.6 kHz)

- Adjustable DC input filters allow you to customize the input response time and noise rejection to meet your application needs

- Regulatory agency certifications for world-wide market (UL, c-Tick, CE, cULH, including Class I Division 2 (hazardous location)

## Flexible I/O technology

Broad input and output specifications provide a flexible control solution.

- Input options: AC, DC and analog (current or voltage)

- Output options: relay, triac, MOSFET and analog (current or voltage)

- Both AC and DC powered controllers are available

551













# MICROLOGIX 1100

**COMMUNICATE. CONTROL. VISUALIZE.**



With online editing and a built-in 10/100 Mbps EtherNet/IP port for peer-to-peer messaging, the MicroLogix 1100 controller adds greater connectivity and application coverage to the MicroLogix family. The next generation controller's built-in LCD screen displays controller status, I/O status, and simple operator messages; enables bit and integer manipulation; and offers digital trim pot functionality.

## Key Features and Benefits

- Native 10/100 Mbps EtherNet/IP port for peer-to-peer messages – offers even high-speed connection between controllers, with the ability to access, monitor and program from anywhere an Internet connection is available.

- Online editing functionality – no additions can be made to a program while it is running, making fine-tuning of an operating control system possible, including HMI loops. Not only does this reduce development time, but it aids in troubleshooting.

- Embedded Web server – allows a user to restore configured data from the controller to be displayed as a web page.

- Isolated RS-232/RS-485 combo port – provides a host of different point-to-point and network protocols.

- Embedded LCD screen – allows user to monitor data within the controller, optionally modify that data, and interact with the control program. Displays status of embedded digital I/O and controller functions, and acts as a part of digital trim pots to allow a user to tweak and tune a program.

## Additional Features

- One 10kHz embedded high-speed counter (on controllers with DC inputs)

- Two 40kHz high-speed PTO/PWM (on controllers with DC outputs)

- Two embedded analog inputs at 10-bit resolution

- A simple operator interface for messages and bit/integer input

- 4k words user program memory and 4k words user data memory

- Up to 128k bytes for data logging and 64k bytes for recipe

## I/O Capabilities

For small applications, the embedded I/O in this controller may represent all of the control required. There are 10 digital inputs, 6 digital outputs and 2 analog inputs on every controller, with the choice to add digital analog, RTD, and thermocouple modules to customize the controller for your application. On the versions of

the controller with DC inputs, there is a high speed counter and an on-the-DC output version, two PTO/PWM (pulse train outputs and pulse width modulated) outputs, enabling the controller to support simple motion capabilities.

The MicroLogix 1100 also supports expansion I/O. Up to four of the 1762 I/O modules (also used by the MicroLogix 1200 and 1100 controllers) can be added to the embedded I/O, providing application flexibility and support of up to 80 digital I/O.

## Applications

The MicroLogix 1100 is ideal for a wide variety of applications. It is particularly well suited to meet the needs of SCADA RTU packaging, and material handling applications. With even more memory for data logging and recipe than the MicroLogix 1500 the MicroLogix 1100 is great for remote monitoring and for applications that are memory intensive, but require limited I/O.







- Memory/real-time clock, or memory/real-time clock modules. Always: battery backup provides protection and transportability for programs and data. The real-time clock lets you easily solve time/date scheduling applications, and can be time stamped with a external source via a program instruction.

- Two interrupt inputs—Interrupt inputs let the controller scan a specific program file (subroutine) when an input condition is detected from a sensor or field device.

## With the 1200R controller you gain even more control capabilities.

- A Programming/Human Machine Interface (HMI) port in addition to the Channel 0 port offers an inexpensive means of providing an extra port that can be used for implementing maintaining a pre-wired computer connection or operator interface device to your controller.

- Increased application flexibility.

- Reduced system cost, enables users to directly connect a Load HMI, allowing the other port to be used for networking, modem connection, programming and other devices.

- Requires no configuration. DH-485 Duplex port that has the same parameters as Channel 0 when in the Default Comms configuration.

- Responds only. Messaging is not available; it communicates by responding to communications initiated from the device attached to it.

### Keep your I/O options open

If the embedded I/O in the MicroLogix 1200 controllers isn't enough for you, you can add more. Its digital and analog expansion modules. The 1762 expansion I/O modules are the same as the MicroLogix 1100 and 1400 controllers and the rackless design eliminates added system cost and inventory issues.

*With the MicroLogix 1200, you'll be able to tackle applications in industries such as pharmaceutical, printing, food and beverage, packaging and material handling with confidence.*



## 1200

The MicroLogix 1200 is filled with features and options designed to handle an extensive range of applications.

Available in 24- and 40-point versions, the I/O count can be expanded using rackless I/O modules. This results in larger control systems, greater application flexibility and expandability at a lower cost and reduced parts inventory.

A field-upgradeable flash operating system ensures you will always stay up-to-date with the latest features, without having to replace hardware. The controller can be easily updated with the latest firmware via a web site download.

## Key Features and Benefits

- Easy latching or pulse-catch inputs—Latching inputs let the controller capture and hold low level (microsecond) signals for input processing.

- 20 kHz high-speed counter—The built-in independent high-speed counter uses 32-bit integers for extended range, features 8 modes of operation, and supports total control of outputs independent of program scan.

- Programmable Limit Switch Function—This function allows you to configure the high-speed counter to operate as a programmable limit switch or rotary cam switch.

- Trim potentiometers—Two outputs 4-turn analog trim potentiometers with a digital output (range from 0 to 250) allow quick and easy adjustments of timers, counters, setpoints, and more.

- Program data security. Data file download protection allows a program to be reloaded into the controller without overwriting protected data.

- Floating Point Data Table. You can create data files that can contain up to 256 IEEE-754 floating point values.





## Additional Features

- 10k words user program memory and 10k words user data memory
- Up to 128k bytes for data logging and 64k bytes for recipe
- Program with RSLogix 500 or RSLogix Micro

## I/O Capabilities

If the embedded I/O in the MicroLogix 1400 isn't enough for your one add up to seven of the 1762 I/O modules (also used by the MicroLogix 1100 and 1200 controllers) digital and analog expansion modules.

## Applications

- General Industrial Machinery (Material Handling, Packaging, Assembly, etc.)
- HVAC / Building Automation
- SCADA (Oil and Gas, Water/Wastewater, and Electrical Power)
- Food and Beverage
- Pharmaceutical
- Commercial Machinery (Vending, Industrial Washers and Dryers, etc.)





# 1400

Micrologix 1400 from Rockwell Automation complements the existing Micrologix family of small programmable logic controllers, by combining the features you demand from Micrologix 1100, such as Ethernet/IP, online editing, and a built-in LCD, plus enhanced features, such as increased I/O, faster High Speed Counter/PTO and communication capabilities.

Utilize the built-in LCD with back-lighting to set the Ethernet network configuration, display floating point values on user configurable display, display OEM logos and view and/or modify any binary or integer file element.

Program with RSLogix 500 programming software (Version 8.3 and above) as well as new RSLogix Micro programming software.

## Key Features and Benefits

- Ethernet port provides you with peer-to-peer messaging, Web server and email capability
- Online editing allows you to make modifications to the ladder logic while the program is running
- Built-in LCD with backlight allows you to view controller and I/O status, and provides a simple interface for messages, bit / integer monitoring, and manipulation
- Expand your application capabilities through support of up to 7 expansion I/O modules (1762 I/O) with 144 discrete I/O
- Up to 6 embedded 100 kHz high-speed counters (on controllers with dc inputs)
- 2 Serial ports with DF1/DH185/Modbus RTU/ASCII/ASCII product support





# MICROLOGIX

## MORE POWERFUL. MORE EXPANDABLE.



In a perfect world you would always know what's behind the next door. In the world of automation, the MicroLogix 1500 controller can help you open up new possibilities and get you to where you want to go with ease.

As the most powerful member of the MicroLogix family you'll get unmatched performance, power and flexibility. In fact, it can handle many applications that traditionally called for larger, more expensive controllers. With its removable processor, base units with embedded I/O and power supply — and expansion through 1769 Compact I/O — the MicroLogix 1500 packs all of the best features of a modular system into a low-cost, small footprint.

Get a better view into your control application with the Data Access Tool (DAT) plug-in device. You'll be able to monitor and easily change data without the need for a computer or the added expense of an HMI device.

If you need advanced communication, the 1764-LRP DeviceNet scanner allows a MicroLogix base controller to become a DeviceNet master, slave, or peer device. It combines standard DeviceNet master functionality with enhanced performance features.

### Features:

- Three basic options, including a choice of electrical configurations featuring:
- 100V ac or 24V dc inputs
- Relay and high-speed RS-485 outputs
- 120/240V ac or 24V dc power
- Supports up to 14K of onboard non-volatile user memory for complex application programs
- Typical scan time is less than 1 millisecond per 1K of user program
- Expandable to over 512 points of I/O
- Innovative, rackless, tongue-and-groove design reduces system cost and recovery
- Two 20 kHz high-speed counters, each with eight modes of operation, and two high-speed outputs that can be configured as either 20 kHz Pulse Train Outputs (PTO) or Pulse Width Modulated (PWM) outputs.

- Broad application coverage through embedded I/O and up to 16 Compact I/O modules
- Terminal blocks are finger-safe, removable NEMA-style blocks
- Features a field-upgradable flash operating system

# 1762 AND 1769 I/O

# NETWORK INTERFACE DEVICES
### COMMUNICATE WITH CONFIDENCE



1762 I/O for MicroLogix 1100, 1200 and 1400 has a modular, rackless design. Elimination of the I/O rack from the system enhances cost savings and reduces replacement parts inventory. The package design allows modules to be either DIN rail or panel mounted. Its DIN latches and screw mounting holes are an integral part of the package design.

**Features:**

- Rackless design, eliminating added system costs and inventory

- Small footprint, shrinking panel space

- Integral high-performance I/O bus

- Software keying to prevent incorrect positioning within the system

- Feature-rich I/O functionality addresses a wide range of applications

- AC/DC relay, 24V dc, and 120V ac voltages

---

1769 Compact I/O is an I/O platform that offers industry-leading price and performance. With a wide range of modules, they complement and extend the MicroLogix 1500 controller's capabilities by maximizing flexibility of the I/O count and type. Compact I/O provides an excellent platform for future enhancements, so you can easily choose the level of control as their application needs grow. It utilizes the latest design technology for superior performance, excellent functionality and ease of use, including:

**Features:**

- Innovative rackless design, which reduces system cost and inventory

- Modular, high-density I/O construction to reduce panel space requirements

- Integrated, high-performance serial I/O bus

- Feature-rich I/O functionality to address a wide range of applications

- Built-in modularity, which reduces time for initial system assembly and product replacement and panel-space savings

- Broad application coverage through 24V dc sink/source and 120/240V ac I/O relay, and analog I/O

---

With the 1761-NET-ENI EtherNet/IP interface, the 1761-NET-ENIW DeviceNet interface, and the 1761-NET-AIC Advanced Interface Converter (AIC+), you can connect MicroLogix controllers to Ethernet, DeviceNet, or DH-485 multidrop networks. Just like the MicroLogix processors, all of these network interface devices can be DIN-rail or panel mounted, and are industrially hardened to meet virtually any installation requirement.

## 1761-NET-ENI AND 1761-NET-ENIW ETHERNET INTERFACE



[text illegible due to scan quality]

**BENEFITS OF ENI OR ENIW**

[text illegible]

**BENEFITS OF ENIW ONLY**

[text illegible]

## 1761-NET-DNI DEVICENET INTERFACE

**BENEFITS**

[text illegible]

## 1761-NET-AIC ADVANCED INTERFACE CONVERTER

**BENEFITS**

[text illegible]

# PROGRAMMING SOFTWARE
POWERFUL, FLEXIBLE PROGRAMMING

Rockwell Automation continually strives to bring you the best application development products to help maximize performance, save project development time, and reduce the total cost of ownership of your system.

RSLogix 500 and the newly developed RSLogix Micro programming software are two products that allow you to create, modify and monitor application programs for the Allen-Bradley MicroLogix family of controllers. Designed with features to help save time and increase productivity, these programming products allow you to gain the most value from our controllers, drives and operator interface product lines.



## RSLOGIX 500/RSLOGIX MICRO

RSLogix programming packages help make program maintenance across hardware platforms convenient and system integration easier. Specifically, RSLogix 500 and RSLogix Micro packages offer:

### INCREASED PRODUCTIVITY
- Create applications programs without learning about syntax errors
- RSLogic and convert errors at start of selection
- Share common code via library support
- Provide ease of instructions within a project or from one project to another

### INCREASED TIME SAVINGS
- Speed bugs you out and modification via drag and drop, and copy editing
- Includes application examples to address everyday programming and environment control challenges

### INCREASED DIAGNOSTICS & TROUBLESHOOTING CAPABILITIES
- RSI relies on online is specialized for quick testing and troubleshooting
- Instantaneous related address areas are modified out of connect from original program
- Locate problem areas quickly and capture addresses and restools
- Features for custom instruction details via simultaneous PowerView windows
- Access 04 configuration through other point and clicks

### INCREASED INVESTMENT VALUE
- Improve ease of project easily from any Practical Software 20/500 programming product
- Readily to use code developed for MicroLogix
- Dynamic 20 tools and integrate with Network's direct of other operations



RSLogix 500 programming software is ideal for both MicroLogix and SLC controllers. RSLogix Micro is a new cost-effective software package for MicroLogix programming. Both software programs are feature rich and designed to streamline your overall development and deployment processes.









# MICROLOGIX

## The MicroLogix Family of Controllers.

Today's marketplace is more competitive than ever. Thriving in such an environment means using the best tools and technologies the world has to offer. All over the globe, companies requiring compact controllers look to the Allen-Bradley MicroLogix™ family of controllers from Rockwell Automation.

## Communicate with Ease

No matter what your communication requirements are, we've got you covered. From our MicroLogix 1100 and 1400 controllers with controlled EtherNet/IP to a wide range of network interface devices, finding the right controller to fit all your communication needs is easy.







All MicroLogix controllers provide:

• At least one built-in enhanced RS-232 port supporting DF1 Full-Duplex, DF1 Half-Duplex Slave, and DH-485 protocols

• Communication with personal computers, operator interfaces, other PLCs and more through DeviceNet and Ethernet as well as through open point-to-point and SCADA protocols

In addition the MicroLogix 1100, 1500, 1400 and 1500 provide:

• Embedded Modbus RTU Master and Slave protocols

• DF1 Half-Duplex Master and DF1 Radio Modem protocols

• Full ASCII read/write capability

• The MicroLogix 1100 and 1400 provide a built-in EtherNet/IP port for peer-to-peer messaging

• The MicroLogix 1200R, MicroLogix 1400 and MicroLogix 1500 LRP offer an additional serial port

## Expand your I/O horizons

With a wide range of I/O capabilities – from embedded to modular – MicroLogix controllers combine high-speed embedded I/O with the flexibility and expandability of expansion I/O for just the right amount of points for any application. And with the MicroLogix 1100, 1200 and 1400 controllers take advantage of the convenience of using the same 1762 expansion I/O modules.

## Relax. You're with Rockwell Automation

Don't forget, these controllers bear the Allen-Bradley name – a trusted brand name in industrial automation for over a century. With Rockwell Automation you'll benefit from:

• Strict quality standards

• Latest technological advances

• Global capability, local supply

• Unmatched customer service

• Peace of mind

## Get world-class service and support

Customer satisfaction is built into every product that Rockwell Automation offers. In addition to worldwide sales and field personnel, thousands of authorized automation experts ensure customer support. You're never locked into one supplier either. Our referencing program integrates several third-part products and technologies that complement our own. This enables you to tap the resources of an even larger selection of global products and services.





MICROLOGIX™

ONE FAMILY OF MICRO CONTROLLERS FOR
EVERY APPLICATION AND BUDGET

Rockwell
Automation

**Power, Control and Information Solutions**

www.rockwellautomation.com

# ControlLogix Programmable Automation Controllers

## 1756-L73, -L75

The latest addition to the ControlLogix® family of controllers is designed for improved performance. The new controllers, the L73 and –L75, provide the memory, speed and processing capabilities to meet the demands of basic plant floor applications to high performance process and motion applications.

As part of the Rockwell Automation Integrated Architecture™ system, these new controllers use the same programming software, network protocol and information capabilities as ControlLogix L6x controllers, providing a common control engine with a common development environment for all control disciplines.



## Improved Performance

Depending on your application, you evaluate performance using different criteria. ControlLogix 1756-L73 and –L75 controllers offer specific improvements for specific applications.

**For process applications,** the new ControlLogix controllers significantly improve the amount of information that can be exchanged between the control and supervisory layers, and offer a significant improvement in the performance of redundant control applications. The 1756-L73 and -75 also offer increased capacity, allowing more control strategies to be executed in each task.

**For motion applications,** the 1756-L73 and –L75 provide high-speed motion command and axis trajectory planner execution making it the right solution for complex, high performance motion applications. The controllers have been optimized for control of high performance motion drives on EtherNet/IP or SERCOS™ interface and are capable of supporting as many as 100 axes.

**For discrete applications,** the new ControlLogix controllers significantly improve controller scan times using a new faster dual core custom CPU. They offer improved communication rates for new Rockwell Automation® Ethernet communication modules and provide faster cross-loading for redundancy systems.

## Memory Options

The new ControlLogix controllers use enhanced SDRAM memory technology and are available in two fixed memory sizes, 8MB (1756-L73) and 32MB (1756-L75).

The optional and removable Secure Digital non-volatile memory provides faster reads and writes and better data integrity than the previous CompactFlash technology and is now rated for use in SIL 2 applications.

## Power and Diagnostic Capabilities

With the launch of these new controllers, we also introduce the Energy Storage Module (ESM) which ships with each controller. The ESM eliminates the need for lithium batteries as well as the maintenance and environmental issues associated with the transport and disposal of lithium batteries.

The new controllers also feature an on-board display providing enhanced controller diagnostics and run-time information.

## Environmental Specifications and Certifications

| | |
|---|---|
| **Temperature** | - Operating: 0-60°C, 33-140°F<br>- Storage:-40-80°C-185°F |
| **Relative Humidity** | 5-95% non-condensing |
| **Vibration** | 2g at 10-500Hz |
| **Shock** | - Operating: 30g<br>- Non-operating: 50g |
| **Certifications** | UL, c-UL-us, CE, ULH, CSA, C-Tick, FM, ATEX, TÜV, CULH.<br>See the Product Certification link at www.ab.com for Declarations of Conformity, Certificates, and other certification details. |



LISTEN.
THINK.
SOLVE:

 *Allen-Bradley* · *Rockwell Software*

**Rockwell Automation**

Copyright ©2010 Rockwell Automation, Inc. All Rights Reserved. Printed in USA.